# EXHIBIT A

03/22/2007  10:09    18476951579                    TEAMSTER                                    PAGE   02/24

*ATM - Enterprises  Em# 4555*

# TEAMSTERS LOCAL 330

## AREA WIDE MATERIAL HAULING AGREEMENT



affiliated with the

### International Brotherhood of Teamsters

and

### Teamsters Joint Council No. 25

effective

### June 1, 2006 through May 31, 2009

# TEAMSTERS LOCAL 330 EXECUTIVE BOARD
## 2400 BIG TIMBER RD., BLDG. B, SUITE 201
## ELGIN, IL  60124
## (847-695-1516)

## **DOMINIC ROMANAZZI**
## **PRESIDENT**

## JIM HICKEY
## VICE PRESIDENT

## SAM CAMPUS
## SECRETARY/TREASURER

## TIM BARKEI
## RECORDING SECRETARY

## TRUSTEES
## JIM OLSZEWSKI
## SERETHA HOLLINGSWORTH
## ROY McCASLIN

Website:  www.teamsters330.org

03/22/2007  10:09   18476951579                    TEAMSTER                          PAGE  04/24

## *TABLE OF CONTENTS*

**ARTICLE**                                                                    **PAGE NO.**

1.    RECOGNITION AND SCOPE OF AGREEMENT .................................1

2.    WORK OUTSIDE THE LOCAL UNION'S GEOGRAPHICAL
      JURISDICTION ............................................................................4

3.    UNION SECURITY ........................................................................4

4.    SUBCONTRACTING ......................................................................5

5.    PRE-JOB CONFERENCE................................................................6

6.    NO STRIKES OR LOCKOUTS........................................................7

7.    GRIEVANCES AND ARBITRATION ..............................................7

8.    JURISDICTIONAL DISPUTE..........................................................9

9.    WAGES .........................................................................................9

10.   HEALTH AND WELFARE FUND .................................................14

11.   PENSION FUND...........................................................................17

12.   CHECK-OFF ................................................................................19

13.   WORKING HOURS AND OVERTIME ..........................................19

14.   GENERAL CONDITIONS .............................................................21

15.   LABOR WORK..............................................................................23

16.   NON-DISCRIMINATION ..............................................................23

17.   EMPLOYMENT TERMINATION ...................................................24

18.   HOLIDAYS ..................................................................................24

19.   VACATIONS AND LEAVES OF ABSENCE ...................................25

ii

## *TABLE OF CONTENTS (CONT'D)*

| _ARTICLE_ | | _PAGE NO._ |
|---|---|---|
| 20. | OWNER-DRIVERS | 25 |
| 21. | MECHANIC'S TOOLS | 25 |
| 22. | JOB ACCESS BY UNION STEWARDS | 26 |
| 23. | PROTECTION OF RIGHTS | 27 |
| 24. | SEPARATE AGREEMENTS | 27 |
| 25. | COMPLIANCE WITH SAFETY AND TRAFFIC LAWS | 27 |
| 26. | ECONOMIC LOSS | 27 |
| 27. | INSPECTION PRIVILEGES | 28 |
| 28. | BULLETIN BOARD ACCESS | 28 |
| 29. | SALES AND TRANSFERS-SCOPE OF OBLIGATION | 29 |
| 30. | CONFORMITY TO LAW – SAVINGS CLAUSE | 30 |
| 31. | FUNERAL LEAVE | 30 |
| 32. | MILITARY LEAVE OF ABSENCE | 30 |
| 33. | JURY DUTY | 31 |
| 34. | EQUIPMENT | 31 |
| 35. | TEAMSTERS JOINT COUNCIL NO. 25 TRAINING FUND | 31 |
| 36. | UNIFORM DRUG/ALCOHOL ABUSE POLICY | 32 |
| 37. | D.R.I.V.E. AUTHORIZATION AND DEDUCTION | 32 |
| 38. | TEAMSTERS NATIONAL 401(k) PLAN | 33 |
| 39. | FEDERAL AND STATE | 33 |
| 40. | DURATION AND TERMINATION | 34 |

# AREA WIDE MATERIAL HAULING AGREEMENT

THIS AGREEMENT ENTERED INTO THE _31st_ DAY OF _January 2007_ BY AND BETWEEN _ATM Ent LTD._ HEREINAFTER CALLED THE EMPLOYER, AND GENERAL TEAMSTERS, CHAUFFEURS, SALESDRIVERS AND HELPERS LOCAL 330, AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, HEREINAFTER CALLED THE UNION. THE AGREEMENT SHALL BE KNOWN AS THE AREA WIDE MATERIAL HAULING AGREEMENT.

## WITNESSETH

**1.** THE PURPOSE OF THIS AGREEMENT IS (A) TO ENTER INTO A DEFINITE LABOR MANAGEMENT CONTRACT COVERING THE WAGES, HOURS, CONDITIONS OF WORK AND TERMS OF EMPLOYMENT IN THE RELATIONSHIP BETWEEN EMPLOYER AND EMPLOYEE; (B) TO PREVENT STRIKES, LOCKOUTS, AND WORK STOPPAGES; (C) TO ADOPT SUITABLE MEASURES FOR THE PEACEFUL SETTLEMENT OF GRIEVANCES AND DIFFERENCES; (D) TO SECURE THE EMPLOYER SUFFICIENT CAPABLE EMPLOYEES; (E) TO PROTECT THE ECONOMIC AND EMPLOYMENT WELFARE OF EMPLOYEES.

**2.** IT IS MUTUALLY UNDERSTOOD AND AGREED THAT THE FOLLOWING TERMS RELATING TO THE WAGES, HOURS AND WORKING CONDITIONS OF WORKMEN COVERED BY THIS AGREEMENT HAVE BEEN DECIDED UPON THE MEANS OF COLLECTIVE BARGAINING, AND THAT THE FOLLOWING PROVISIONS WILL BE BINDING UPON THE PARTIES TO THIS AGREEMENT DURING THE TERM OF THIS AGREEMENT AND ANY RENEWAL PERIOD THEREOF.

## ARTICLE 1 - RECOGNITION AND SCOPE OF AGREEMENT

**1.1** *GEOGRAPHIC COVERAGE.* THE GEOGRAPHIC AREA IS THE AREA COVERED BY THE I.B. OF T. LOCAL NO. 330 WITHIN THE JURISDICTION OF I.B. OF T. JOINT COUNCIL NO. 25.

**1.2** *RECOGNITION.* EMPLOYER RECOGNIZES THE UNION AS THE SOLE AND EXCLUSIVE BARGAINING AGENT WITH RESPECT TO RATES OF PAY, HOURS OF WORK AND ALL OTHER CONDITIONS OF EMPLOYMENT FOR ALL EMPLOYEES COVERED BY THIS AGREEMENT.

**1.3** *BARGAINING UNIT.* EMPLOYEES COVERED BY THIS AGREEMENT ARE ALL EMPLOYEES IN THE CLASSIFICATIONS OF WORK COVERED BY THIS AGREEMENT EMPLOYED BY THE EMPLOYERS IN THE CONTRACT TERRITORY AND ENGAGED IN THE WORK DESCRIBED IN SECTION 1.4 HEREOF.

1

**1.4**   **_WORK COVERED._**  JURISDICTION.  THIS AGREEMENT SHALL APPLY TO EMPLOYEES IN THE CLASSIFICATIONS HEREIN SET FORTH IN THE PERFORMANCE OF WORK INVOLVED IN THE FOLLOWING OPERATIONS:

**A.)**  **_HEAVY CONSTRUCTION:_**    HEAVY CONSTRUCTION IS DEFINED AS CONSTRUCTING SUBSTANTIALLY IN ITS ENTIRETY ANY FIXED STRUCTURE, OTHER IMPROVEMENT OR MODIFICATION THEREOF, OR AN ADDITION OR REPAIR THERETO, INCLUDING ANY STRUCTURE OF OPERATION WHICH IS AN INCIDENTAL PART OF A CONTRACT THEREOF, INCLUDING WITHOUT LIMITATION, RAILROADS AND STREET RAILWAY CONSTRUCTION PROJECT, SEWERS, WATER MAINS, GRADE SEPARATIONS, FOUNDATIONS, PILE DRIVING, PIERS, ABUTMENTS, RETAINING HIGHWAYS, DRAINAGE PROJECTS, SANITATION PROJECTS, AQUEDUCTS, IRRIGATION PROJECTS, FLOOD CONTROL PROJECTS, RECLAMATION PROJECTS, RESERVOIRS, WATER SUPPLY PROJECTS, WATER POWER DEVELOPMENT, HYDROELECTRIC DEVELOPMENT, DUCT LINES, PIPE LINES, LOCKS, DAMS DIKES, LEVEES, REVETMENTS, CHANNELS, CHANNEL CUTOFFS, INTAKES, DREDGING PROJECTS JETTIES, BREAKWATERS, DOCKS, HARBORS, INDUSTRIAL SITES, AIRPORTS, EXCAVATION, DISPOSAL OF EARTH AND ROCK, AND STOCKPILING.

**B.)**  **_HIGHWAY CONSTRUCTION WORK:_**   HIGHWAY CONSTRUCTION WORK IS DEFINED AS ALL WORK ORDINARILY INCLUDED IN HIGHWAY CONSTRUCTION CONTRACTS, BRIDGES, SEWER AND STREET GRADING, STREET PAVING, CURB SETTING, SIDEWALKS, STOCKPILING, ETC. AND LANDSCAPING ON WORK WHERE PREVAILING WAGE RULES ARE IN EFFECT.

**C.)**   REMOVAL AND DISPOSAL OF RUBBISH AND DEMOLITION DEBRIS FROM WRECKING JOBS.

**D.)**   SNOW REMOVAL.

**E.)**   HAULING OF CINDERS, SLAG, ASPHALT (INCLUDING LIQUID ASPHALT), GRINDINGS, SAND FILL AND ALL OTHER TYPES OF FILL ON CONSTRUCTION JOBS.

**F.)**   DELIVERY TO AND SPREADING ON THE CONSTRUCTION SITE OR THE ROAD BED OF ANY STABILIZED BASE MATERIAL TO BE USED AS A SUB-SURFACE, INCLUDING BUT NOT LIMITED, TO FILL, POZ-O-PAC, AGGREGATE MATERIALS, BITUMINOUS AGGREGATE MATERIALS, CEMENT AGGREGATE MATERIALS OR ANY OTHER TRADE NAME OF BASE OR PAVING MATERIAL.

G.)    BACK FILLING.

H.)    DIGGING.

I.)    LEVELING AND GRADING.

J.)    STREET SWEEPING SPRINKLING AND FLUSHING.

K.)    CONCRETE BREAKING.

L.)    PIPELINE WORK.

M.)    PAVEMENT MARKING AND SEALING.

N.)    CONSTRUCTION SLAG OR ANY OTHER TRUCKING IN OR OUT OF STEEL MILLS.

O.)    HAULING OF SALT.

P.)    ASPHALT PLANT AND END LOADERS IN AREAS WHERE IT HAS BEEN PAST PRACTICE.

Q.)    THE HAULING OF RECYCLED BROKEN ASPHALT AND RECYCLED BROKEN CONCRETE.

R.)    THE SECURING AND TARPING OF ALL LOADS SHALL BE THE DRIVERS RESPONSIBILITY.

S.)    CONCRETE PUMPER TRUCKS.

T.)    CONCRETE CRUSHING PLANTS.

U.)    STREET SWEEPERS.

V.)    SLUDGE HAULING.

W.)    STOCK PILING.

03/22/2007  10:09    18476951579              TEAMSTER                    PAGE  09/24

## ARTICLE 2 - WORK OUTSIDE THE LOCAL UNION'S GEOGRAPHICAL JURISDICTION

2.1    IN THE EVENT THE EMPLOYER ASSIGNS WORK TO EMPLOYEES COVERED BY THIS AGREEMENT TO BE PERFORMED OUTSIDE THE GEOGRAPHICAL JURISDICTION OF THIS LOCAL UNION AND WITHIN THE JURISDICTION OF ANOTHER I.B.T. LOCAL UNION WHICH HAS ESTABLISHED A HIGHER STANDARD OF WAGES AND BENEFITS FOR SUCH WORK, COVERED EMPLOYEES SHALL BE COMPENSATED THE HOURLY WAGE RATE EQUIVALENT OF THE HIGHER STANDARD FOR ALL SUCH WORK PERFORMED. FOR PURPOSES OF THIS ARTICLE, STANDARD OF WAGES AND BENEFITS SHALL MEAN THE STRAIGHT-TIME HOURLY LABOR COST OF SUCH WAGES AND BENEFITS OF THE EMPLOYER.

2.2 .   DISPUTES CONCERNING THIS APPLICATION OF THE REQUIREMENTS OF THIS ARTICLE, INCLUDING WHETHER A HIGHER STANDARD OF WAGES AND BENEFITS HAS BEEN ESTABLISHED BY THE OTHER I.B.T. LOCAL UNION MUST BE SUBMITTED TO THE PRESIDENT OF JOINT COUNCIL NO. 25 FOR THE PURPOSE OF RESOLUTION.

## ARTICLE 3 - UNION SECURITY

3.1    *MAINTENANCE OF MEMBERSHIP.*    PRESENT EMPLOYEES WHO ARE MEMBERS OF THE UNION MUST, AS A CONDITION OF EMPLOYMENT, MAINTAIN SUCH MEMBERSHIP DURING THE TERM OF THIS AGREEMENT.

3.2    *NEW EMPLOYEES.*    NEW EMPLOYEES SHALL AS A CONDITION OF EMPLOYMENT BECOME MEMBERS OF THE UNION ON OR AFTER THE THIRTY FIRST (31st) DAY OF EMPLOYMENT OR AFTER THE EXECUTION AND/OR SIGNING OF THIS AGREEMENT, AND SHALL MAINTAIN SUCH MEMBERSHIP AS A CONDITION OF CONTINUED EMPLOYMENT.

3.3    *NEW EMPLOYEES – PROBATIONARY PERIOD.*    NEW EMPLOYEES AND EMPLOYEES HIRED AFTER A BREAK IN SENIORITY SHALL BE CONSIDERED PROBATIONARY EMPLOYEES WITH NO SENIORITY FOR 1.) THIRTY (30) DAYS WORKED BY THE EMPLOYEE OR 2.) SIXTY (60) CALENDAR DAYS OF CONTINUOUS EMPLOYMENT, WHICHEVER FIRST OCCURS, AFTER WHICH THEIR SENIORITY SHALL DATE BACK TO THE FIRST (1st) DAY OF THEIR CURRENT HIRING.  THE EMPLOYER MAY, WITHIN SUCH PROBATIONARY PERIOD, DISCHARGE SUCH PROBATIONARY EMPLOYEE FOR ANY REASON WHATSOEVER, EXCEPT FOR MEMBERSHIP IN OR ACTIVITY ON BEHALF OF THE UNION.

3.4    *ENFORCEMENT.*  ANY EMPLOYEE WHO REFUSES OR FAILS TO FULFILL THE OBLIGATIONS OF SECTIONS 3.1 OR 3.2 ABOVE SHALL FORFEIT HIS RIGHT OF

4

EMPLOYMENT; AND THE EMPLOYER SHALL DISCHARGE SUCH EMPLOYEE WITHIN THREE (3) WORKING DAYS OF RECEIVING WRITTEN NOTICE FROM THE UNION OF THE FAILURE OF AN EMPLOYEE TO FULFILL SAID OBLIGATIONS; PROVIDED, THAT THE UNION SHALL HOLD THE EMPLOYER HARMLESS FOR DEMANDS UNDER THIS SECTION NOT IN ACCORD WITH FEDERAL LAW.

3.4    *ADDITIONAL EMPLOYEES.*  WHEN THE EMPLOYER NEEDS ADDITIONAL EMPLOYEES HE SHALL GIVE THE LOCAL UNION EQUAL OPPORTUNITY WITH ALL SOURCES TO PROVIDE SUITABLE APPLICANTS BUT SHALL NOT BE REQUIRED TO HIRE THOSE REFERRED BY THE UNION.  THE NAMES AND ADDRESSES OF ALL NEW EMPLOYEES SHALL BE FURNISHED TO THE OFFICE OF THE UNION NOT LATER THAN THE FIRST PAY PERIOD AFTER THEIR HIRING.

## *ARTICLE 4 - SUBCONTRACTING*

4.1    EMPLOYER AGREES THAT IT WILL NOT LEASE, ASSIGN, SUBCONTRACT ANY BARGAINING UNIT WORK TO ANY PERSON, PARTNERSHIP, CORPORATION OR BUSINESS ENTERPRISES UNTIL OR UNLESS ALL OF EMPLOYER'S EQUIPMENT AND WORK FORCE IS ENGAGED, AND/OR THE EMPLOYER DOES NOT OWN THE NECESSARY EQUIPMENT TO PERFORM SAID WORK.

4.2    IN ORDER TO PROTECT THE WAGES, WORKING CONDITIONS AND JOB OPPORTUNITIES OF WORKMEN EMPLOYED UNDER THIS AGREEMENT, IT IS AGREED THAT IF THE CONTRACTOR SUBCONTRACTS ANY WORK ON ANY CONSTRUCTION PROJECT COVERED BY THIS AGREEMENT SUCH SUBCONTRACT SHALL PROVIDE THAT THE SUBCONTRACTOR SHALL ABIDE BY ALL OF THE TERMS OF THIS AGREEMENT IN PERFORMING SUCH WORK FOR THE DURATION THEREOF, INCLUDING THE SPREADING ON THE CONSTRUCTION SITE OF THE ROAD BED OF ANY STABILIZED BASE MATERIAL TO BE USED FOR SUBSURFACE WHICH SHALL INCLUDE BUT NOT BE LIMITED TO FILL, POZ-O-PAC, AGGREGATE MATERIALS, BITUMINOUS AGGREGATE MATERIALS, CEMENT AGGREGATE MATERIALS, OR ANY OTHER TRADE NAME OF BASE OR PAVING MATERIALS, OR THE STOCKPILING OF SUCH MATERIALS.  THE CONTRACTOR SHALL NEITHER SUBLET NOR HIRE ANY SUCH EMPLOYERS UNLESS THE EMPLOYEES OF SUCH EMPLOYERS ARE PAID AN AMOUNT EQUAL TO THE WAGES AND FRINGE BENEFITS BEING PAID TO EMPLOYEES WORKING UNDER THIS AGREEMENT.

4.3    THE SUBCONTRACT SHALL FURTHER REQUIRE THE SUBCONTRACTOR TO SIGN AN AGREEMENT WITH THE UNION REQUIRING THE SUBCONTRACTOR TO MAKE PAYMENTS TO THE HEALTH AND WELFARE FUND AND THE PENSION FUND, REFERRED TO IN ARTICLES 10 AND 11 OF THIS AGREEMENT.  SUCH PAYMENTS SHALL BE MADE ONLY FOR WORK PERFORMED ON THE PARTICULAR PROJECT BY THE SUBCONTRACTORS EMPLOYEES.  SUCH PAYMENTS SHALL BE MADE TO THE SAME TRUSTS, IN THE SAME AMOUNTS AND UPON THE SAME

03/22/2007 10:09 18476951579 TEAMSTER PAGE 11/24

TERMS AND CONDITIONS AS REQUIRED OF THE CONTRACTOR UNDER THIS AGREEMENT. THE CONTRACTOR SHALL BE A GUARANTOR FOR SUCH PAYMENTS.

4.4 IN THE EVENT A CONTRACTOR, SUBCONTRACTOR OR OWNER/DRIVER OR DRIVERS FAILS TO COMPLY WITH THE PROVISIONS OF THIS ARTICLE, THE CONTRACTOR SHALL BE CONSIDERED IN DIRECT VIOLATION OF THIS AGREEMENT. THE CONTRACTOR, SUBCONTRACTOR OR OWNER-DRIVER OR DRIVERS SHALL WITHIN SEVENTY-TWO (72) HOURS AFTER RECEIVING NOTICE EXCLUDING SUNDAYS AND HOLIDAYS INVESTIGATE AND MEET WITH THE UNION TO ADJUST OR COMPLY WITH THE REQUIREMENT. IF AN AGREEMENT OR SETTLEMENT IS NOT REACHED, IT SHALL BE SUBMITTED TO THE GRIEVANCE AND ARBITRATION PROCEDURE OF ARTICLE 7.

4.5 THE EMPLOYER AGREES THAT HE WILL NOT SUBCONTRACT WORK TO ANY OWNER/OPERATOR OR OWNER/DRIVER UNLESS THERE IS FULL COMPLIANCE WITH THE SUBCONTRACTING CLAUSE SET FORTH IN THIS ARTICLE SO THAT ALL OWNER/OPERATORS OR OWNER/DRIVERS PERFORMING WORK MUST BE PAID AN AMOUNT EQUAL TO THE WAGES AND FRINGE BENEFITS BEING PAID TO EMPLOYEES WORKING UNDER THIS AGREEMENT. THE EMPLOYER AGREES TO ASSUME ANY LIABILITY FOR FAILURE OF ANY ONE PERFORMING WORK COVERED BY THIS AGREEMENT WHO IS NOT BEING PAID THE PROPER RATES.

### *ARTICLE 5 - PRE-JOB CONFERENCE*

5.1(A) BEFORE COMMENCING ANY JOB, THE EMPLOYER SHALL MEET WITH THE UNION TO CONDUCT AND PARTICIPATE IN A PRE-JOB CONFERENCE FOR THE PURPOSE OF ADVISING THE UNION OF THE EMPLOYER'S REQUIREMENTS AS TO THE NUMBER OF EMPLOYEES, THE PROBABLE STARTING DATE, DURATION OF THE JOB, WORKING SCHEDULES AND OTHER MATTERS AFFECTING EMPLOYEES. ALL CONTRACTORS SHALL PROVIDE A LIST OF SUBCONTRACTORS AND OWNER-DRIVER OR DRIVERS TO THE LOCAL UNION THREE (3) WORKING DAYS PRIOR TO THE COMMENCEMENT OF WORK.

5.1(B) ANY EMPLOYER UTILIZING SUBCONTRACTORS MUST PARTICIPATE IN A PRE-JOB CONFERENCE FOR ALL WORK COVERED BY THE LOCAL UNION PRIOR TO THE COMMENCEMENT OF WORK COVERED BY THIS AGREEMENT.

5.2 WHEN A PROJECT IS WITHIN THE TERRITORY OF MORE THAN ONE LOCAL UNION, THE DETERMINATION OF THE DIVISION OF EMPLOYEES FOR REPRESENTATION PURPOSES SHALL BE MADE BY AN AGREEMENT BETWEEN THE LOCAL UNION AND THE EMPLOYER. IN THE EVENT THE LOCAL UNION AND THE EMPLOYER ARE UNABLE TO REACH SUCH AN AGREEMENT, THE ISSUE

6

03/22/2007 10:09    18476951579    TEAMSTER    PAGE 12/24

SHALL BE REFERRED WITHIN FIVE (5) WORKING DAYS TO TEAMSTERS JOINT COUNCIL NO. 25. A REPRESENTATIVE OF TEAMSTERS JOINT COUNCIL NO. 25 SHALL MEET WITH THE EMPLOYER INVOLVED TO SETTLE THIS DISPUTE AND THIS DECISION SHALL BE FINAL AND BINDING ON ALL PARTIES CONCERNED. IF A CONTRACTOR EVADES A PRE-JOB CONFERENCE, THEY AUTOMATICALLY FORFEIT THEIR RIGHT TO THE GRIEVANCE PROCEDURE. THE LOCAL UNION MAY STRIKE THE PROJECT IF A CONTRACTOR FAILS TO PARTICIPATE IN SAID PRE-JOB CONFERENCE.

## ARTICLE 6 - NO STRIKES OR LOCKOUTS

**6.1**    IN VIEW OF THE FACT THAT PARTIES HAVE PROVIDED FOR AN ORDERLY PROCEDURE FOR SETTLING DIFFERENCES OF OPINIONS AND DISPUTES, THE UNION AGREES THAT FOR THE DURATION OF THIS AGREEMENT, THERE SHALL BE NO STRIKES EXCEPT AS OTHERWISE HEREIN PROVIDED AND THE EMPLOYER AGREES THAT DURING THE LIFE OF THIS AGREEMENT THERE SHALL BE NO LOCKOUTS. THE PROVISIONS OF THIS ARTICLE SHALL NOT APPLY TO ANY EMPLOYER THAT REFUSES TO FOLLOW THE PROCEDURES OUTLINED IN ARTICLE 7 GRIEVANCES AND ARBITRATION.

## ARTICLE 7 - GRIEVANCES AND ARBITRATION

**7.1**    A GRIEVANCE, FOR THE PURPOSE OF THIS AGREEMENT, IS A COMPLAINT, RELATING TO THE APPLICATION OR INTERPRETATION OF ANY PROVISION OF THIS AGREEMENT AGAINST AN EMPLOYER BY AN EMPLOYEE; EMPLOYEES OR THE UNION AND SHALL BE PROCESSED IN ACCORDANCE WITH THE FOLLOWING PROCEDURE.

**7.2**    A DISPUTE OR GRIEVANCE NOT RESOLVABLE BY FOREMAN OR SUPERINTENDENT SHALL BE FIRST TAKEN UP BETWEEN THE EMPLOYER AND A REPRESENTATIVE OF THE LOCAL UNION WITHIN TEN (10) WORKING DAYS AFTER THE DATE OF THE OCCURRENCE WHICH IS THE SUBJECT OF THE DISPUTE OR GRIEVANCE, OR NO ACTION SHALL BE REQUIRED.

**7.3**    IN THE EVENT THAT THE GRIEVANCE CANNOT BE RESOLVED WITHIN TWO (2) WORKING DAYS OF THE PROVISIONS OF 7.2, IT SHALL BE REDUCED TO WRITING AND REFERRED FOR CONFERENCE AND RESOLUTION BY A LABOR/MANAGEMENT COMMITTEE CONSISTING OF TWO (2) REPRESENTATIVES SELECTED BY THE EMPLOYER AND TWO (2) REPRESENTATIVES SELECTED BY THE UNION. THE COMMITTEE SHALL MEET AT A MUTUALLY AGREEABLE TIME AND PLACE TO HEAR EVIDENCE AND ARGUMENTS OF THE PARTIES TO THE GRIEVANCE AND ATTEMPT TO REACH A RESOLUTION, PROVIDED, HOWEVER, THAT THE COMMITTEE MEETING MUST TAKE PLACE WITHIN FIFTEEN (15)

CALENDAR DAYS OF THE MEETING PROVIDED FOR IN ABOVE, UNLESS WRITTEN AGREEMENT TO EXTEND TIME LIMITS IS OBTAINED.

7.4    IN THE EVENT THE COMMITTEE IS DEADLOCKED, THE MOVING PARTY MAY SUBMIT THE GRIEVANCE TO ARBITRATION FOR FINAL AND BINDING RESOLUTION BY SERVING WRITTEN NOTICE OF ITS INTENT WITHIN THIRTY (30) CALENDAR DAYS OF THE LABOR/MANAGEMENT COMMITTEE MEETING.  THE ARBITRATOR SHALL BE JOINTLY SELECTED FROM A PANEL OF FIVE POTENTIAL ARBITRATORS PROVIDED BY THE AMERICAN ARBITRATION ASSOCIATION AND/OR THE FEDERAL MEDIATION AND CONCILIATION SERVICE.  EACH PARTY SHALL ALTERNATELY STRIKE NAMES FROM THE LIST, THE MOVING PARTY STRIKING THE FIRST UNTIL ONE ARBITRATOR REMAINS.

7.5    NO ACTION SHALL BE REQUIRED ON EMPLOYEE COMPLAINTS AS TO WAGES AND WORKING CONDITIONS UNLESS MADE WITHIN TEN (10) WORKING DAYS OF THE SUPPOSED VIOLATION.

7.6    THE EXPENSE OF THE ARBITRATOR SHALL BE JOINTLY PAID BY THE EMPLOYER AND THE LOCAL UNION BETWEEN WHOM THE GRIEVANCE OR DISPUTE EXISTS.

7.7    THE ARBITRATOR SHALL HAVE NO AUTHORITY TO ADD TO, DETRACT FROM, OR IN ANY WAY ALTER THE PROVISION OF THIS AGREEMENT.

7.8(A) NO EMPLOYER SHALL SIT ON A PANEL OF THE LABOR/MANAGEMENT COMMITTEE WHICH IS HEARING OR CONSIDERING A GRIEVANCE OR DISPUTE ARISING FROM HIS OWN OPERATIONS.

7.8(B) NO LOCAL UNION SHALL SIT ON A PANEL OF THE LABOR/MANAGEMENT COMMITTEE WHICH IS HEARING OR CONSIDERING A GRIEVANCE OR DISPUTE ARISING FROM A JOB OVER WHICH SUCH LOCAL UNION HAS GEOGRAPHICAL JURISDICTION.

7.9    WHEN THE LABOR/MANAGEMENT COMMITTEE, BY A MAJORITY VOTE, DECIDES A DISPUTE OR GRIEVANCE, SUCH DECISION SHALL BE FINAL AND BINDING ON ALL PARTIES.

7.9(A) ALL MONETARY ISSUES REGARDING A GRIEVANCE THAT HAS BEEN RESOLVED EITHER BY COMMITTEE DECISION OR MUTUAL SETTLEMENT, SHALL BE SATISFIED WITHIN THIRTY (30) CALENDAR DAYS OF FORMAL NOTIFICATION OF THE DECISION OR DATE OF SETTLEMENT.

8

### *ARTICLE 8 - JURISDICTIONAL DISPUTE*

**8.1**    ALL JURISDICTIONAL DISPUTES BETWEEN OR AMONG BUILDING AND CONSTRUCTION TRADE UNIONS AND THE EMPLOYER SIGNATORY TO THIS AGREEMENT SHALL BE SETTLED AND ADJUSTED ACCORDING TO THE PRESENT PLAN ESTABLISHED BY THE BUILDING AND CONSTRUCTION TRADES DEPARTMENT OR ANY OTHER PLAN OR METHOD OF PROCEDURE THAT MAY BE ADOPTED IN THE FUTURE BY THE BUILDING AND CONSTRUCTION TRADES DEPARTMENT.    DECISIONS RENDERED SHALL BE FINAL, BINDING AND CONCLUSIVE REGARDING ALL PARTIES.

### *ARTICLE 9 - WAGES*

**9.1**    THE FOLLOWING RATES OF HOURLY PAY SHALL PREVAIL DURING THE PERIOD HEREIN SET FORTH.

WORK OR SERVICES PERFORMED AT THE CONSTRUCTION SITE WHICH INCLUDES DRIVING TRUCKS TO AND FROM AND THE SPREADING ON THE CONSTRUCTION SITE OR THE ROAD BED OF ANY BASE MATERIAL TO BE USED FOR SUCH A SUB SURFACE WHICH SHALL INCLUDE BUT NOT BE LIMITED TO FILL, GRAVEL, BLACKTOP, CEMENT, OR POZ-O-PAC, AND BUILDING, WRECKING, EXCAVATING AND RENOVATION SHALL BE COVERED BY THE HOURLY RATES SET FORTH AS FOLLOWS:

**9.2**    THE TRUCKS LISTED IN THIS SECTION SHALL BE CLASSIFIED AND DRIVERS PAID ON THE FOLLOWING BASIS:

### *WAGES - ALL CLASSIFICATIONS:*

EFFECTIVE: JUNE 1, 2006    $26.55 PER HOUR
(HOURLY WAGE BASED UPON ALLOCATION OF JUNE 1, 2006 $1.75 RAISE)

     EFFECTIVE:  JUNE 1, 2006 ........    ***$1.75 PER HOUR***
                                         *to be allocated at the sole*
                                         *discretion of the Union*

     EFFECTIVE:  JUNE 1, 2007.........    ***$1.85 PER HOUR***
                                           *to be allocated at the sole*
                                         *discretion of the Union*

     EFFECTIVE:  JUNE 1, 2008 ........    ***$2.00 PER HOUR***
                                           *to be allocated at the sole*
                                         *discretion of the Union*

ALL MONETARY GAINS SHALL BE RETROACTIVE TO JUNE 1, 2006.

### *CLASSIFICATION*

GROUP 1-2 OR 3 AXLE TRUCKS

GROUP 2-4 AXLE TRUCKS

GROUP 3-5 AXLE TRUCKS

GROUP 4 – 6 AXLE TRUCKS
         STREET SWEEPER

GROUP 5 – 6 OR MORE

**9.3**    THE CLASSIFICATIONS LISTED IN THIS SECTION SHALL BE PAID ON THE FOLLOWING BASIS:

### *GROUP 1*

FRAME TRUCK WHEN USED FOR TRANSPORTATION PURPOSES

AIR COMPRESSORS AND WELDING MACHINES, INCLUDING THOSE PULLED BY CARS, PICK-UP TRUCKS AND TRACTORS, RUBBER TIRE TRACTORS OR TRACK END LOADERS

AMBULANCES

BATCH GATE LOCKERS

CAR AND TRUCK WASHERS

CARRY ALLS

FORK LIFTS AND HOISTERS

HELPERS

MECHANICS HELPER AND GREASERS

10

PAVEMENT BREAKERS

POLE TRAILER, UP TO 40 FEET

POWER MOWER TRACTORS

SELF-PROPELLED CHIP SPREADER

SHIPPING AND RECEIVING CLERKS AND
CHECKERS

SKIPMAN

STREET SWEEPERS

CONVEYOR TRUCKS

UNSKILLED DUMPMEN

WAREHOUSEMEN AND DOCKMEN

TRUCK DRIVERS HAULING WARNING LIGHTS, BARRICADES AND PORTABLE
TOILETS ON JOB SITE

*GROUP 2*

DISPATCHER

DUMP CRETS AND ADGETORS UNDER 7 YARDS

DUMPSTERS, TRACK TRUCKS, EUCLIDS, HUG BOTTOM DUMP TURNAPULLS, OR
TURNTRAILERS WHEN PULLING OTHER THAN SELF LOADING EQUIPMENT OR
SIMILAR EQUIPMENT UNDER SIXTEEN (16) CUBIC YARDS

WINCH TRUCKS, 2-AXLES

*GROUP 3*

DUMP CRETS AND ADGETORS SEVEN (7) YARDS AND OVER

DUMPSTERS, TRACK TRUCKS, EUCLIDS, HUG BOTTOM DUMP TURNAPULLS
OR TURNTRAILERS WHEN PULLING OTHER THAN SELF-LOADING EQUIPMENT OR
SIMILAR EQUIPMENT OVER SIXTEEN (16) CUBIC YARDS

11

EXPLOSIVES AND/OR FISSION MATERIAL TRUCKS

MOBILE CRANES WHILE IN TRANSIT

OIL DISTRIBUTORS

POLE TRAILER, OVER FORTY (40) FEET

POLE AND EXPANDABLE TRAILERS HAULING MATERIAL OVER FIFTY (50) FEET LONG

PRE-CAST CONCRETE AND PIPE

SLURRY TRUCKS

WINCH TRUCKS, THREE (3) AXLES OR MORE

MECHANIC – TRUCK WELDER AND TRUCK PAINTER

ARTICULATING DUMP TRUCKS

*GROUP 4*

ASPHALT PLANT OPERATORS

DUAL-PURPOSE VEHICLES, SUCH AS MOUNTED CRANE TRUCKS WITH HOIST AND ACCESSORIES

FOREMAN

MASTER MECHANIC

SELF-LOADING EQUIPMENT LIKE P.B. AND TRUCKS WITH SCOOPS ON THE FRONT

PORTABLE CRUSHERS, CONVEYORS AND END LOADERS FEEDING THE PORTABLE CRUSHER

SIX (6) AXLE TRUCKS

STREET SWEEPER

*GROUP 5*

12

BULK TANK TRUCKS

DRY BATCH TRUCKS

FLAT BED TRAILERS

BUSES

DUMP OR CONVEYOR TRUCKS

FUEL TRUCKS

GREASE TRUCKS

LOW BOYS

SERVICE TRUCKS

SCISSOR TRUCKS

TELESCOPE TRUCKS

WATER TRUCKS

SUPPLY AND UTILITY TRUCKS

ALL TRUCKS FIVE – SIX AXLE OR MORE

9.4    THE EMPLOYER AGREES TO COMPENSATE THE EMPLOYEES THE ESTABLISHED WAGE RATES WHEN ENGAGED IN CONSTRUCTION WORK COVERED BY THE DAVIS BACON ACT.  ANY AND ALL WORK PERFORMED ON ANY PROJECT HAVING A PREDETERMINED WAGE SETTING OR COVERED BY A GOVERNMENTAL WAGE REQUIREMENT, SUCH AS THE ILLINOIS PREVAILING WAGE ACT AND/OR THE DAVIS BACON ACT, SHALL BE PAID AT THE RATES CONTAINED WITHIN THE AREA CONSTRUCTION AGREEMENT (MARBA).

9.5    DRIVERS OPERATING DIFFERENT TYPES AND SIZES OF EQUIPMENT ON THE SAME DAY WHICH THEY OPERATE FOR TWO (2) HOURS OR MORE SHALL BE PAID THE RATE GOVERNING THE HIGHEST RATED EQUIPMENT OPERATED FOR THE ENTIRE DAY.

9.6 A) THE EMPLOYER AGREES TO NOTIFY THE UNION REPRESENTATIVE WHEN USING NEW TYPES OF EQUIPMENT NOT FORMERLY USED BY THE EMPLOYER, THE NEGOTIATING COMMITTEE OF THE EMPLOYER AND THE UNION SHALL

13

MEE'' TO IMMEDIATELY NEGOTIATE THE WAGE SCALE FOR SAME. THE AGREED RATE SHALL BE RETROACTIVE TO THE EQUIPMENT'S FIRST DAY OF USE.

**9.6(B)** THE EMPLOYER SHALL ASSIGN TO THE TEAMSTERS ANY TECHNOLOGICAL CHANGE, ADVANCE, PROCESS, PROCEDURE, INTRODUCTION OF ANY NEW METHOD OR MACHINERY THAT REPLACES, MODIFIES OR ELIMINATES WORK THAT HAS TRADITIONALLY BEEN PERFORMED BY THE TEAMSTERS.

**9.7**     AN EMPLOYEE'S PAY SHALL START AT WHATEVER TIME THE EMPLOYEE REPORTS FOR WORK AS INSTRUCTED BY THE EMPLOYER, OR AS PROVIDED FOR IN ARTICLE 13.3 AND SHALL NOT STOP UNTIL HIS TRUCK IS THROUGH WORK, INCLUDING FILLING WITH FUEL AND THE CHECKING OF OIL IF REQUESTED BY THE EMPLOYER.

**9.8**     ALL EMPLOYEES SHALL BE PAID WEEKLY AND NO MORE THAN FIVE (5) DAYS SHALL BE WITHHELD. THE EMPLOYEE'S PAYCHECK MUST BE READY FOR HIM NOT LATER THAN QUITTING TIME ON THE DESIGNATED PAYDAY.

**9.9**     THE EMPLOYERS SHALL LIST ON EACH EMPLOYEE'S CHECK STUB THE AMOUNT OF STRAIGHT TIME HOURS AND THE AMOUNT OF OVERTIME HOURS AS WELL AS ALL DEDUCTIONS FROM THE EMPLOYEE'S CHECK.

**9.10**     AN EMPLOYEE WHO WAS INJURED ON THE JOB, AND IS SENT HOME, OR TO A HOSPITAL OR WHO MUST OBTAIN MEDICAL ATTENTION, SHALL CONTINUE TO RECEIVE PAY AT THE APPLICABLE HOURLY RATE FOR THE BALANCE OF HIS REGULAR STRAIGHT TIME SHIFT ON THAT DAY.   AN EMPLOYEE WHO HAS RETURNED TO HIS REGULAR DUTIES AFTER SUSTAINING A COMPENSABLE INJURY WHO IS REQUIRED BY THE EMPLOYER'S DOCTOR TO RECEIVE ADDITIONAL MEDICAL TREATMENT DURING HIS REGULARLY SCHEDULED WORKING HOURS SHALL RECEIVE HIS REGULAR HOURLY RATE OF PAY FOR THE STRAIGHT TIME HOURS LOST FROM WORK.

**9.11**   *PREVAILING WAGE RATE:* THE EMPLOYER AGREES THAT ON ANY STATE, FEDERAL, OR MUNICIPAL PROJECT REQUIRING THE PAYMENT OF THE PREVAILING AREA STANDARD WAGE, THE EMPLOYER SHALL BE BOUND TO PAY THE STATE CERTIFIED PREVAILING RATE FOR WAGES AND FRINGE BENEFITS AND MAY RELY UPON THE CONTRACT RATES ONLY IF THE TOTAL PACKAGE REGARDING WAGES, WELFARE AND PENSION ARE GREATER THAN THE CERTIFIED PREVAILING RATE FOR WORK OF LIKE NATURE PERFORMED IN THIS LOCALE.

### *ARTICLE 10 - HEALTH AND WELFARE FUND*

14

**10.1(A)**    *EFFECTIVE JUNE 1, 2006,* THE EMPLOYER SHALL PAY THE APPLICABLE RATE PER WEEK FOR EACH REGULAR EMPLOYEE COVERED BY THIS AGREEMENT WHO PERFORMS ANY WORK IN SUCH WEEK INTO A TRUST FUND SET UP BY THE TRUST AGREEMENT NOW IN EFFECT IN THE AFOREMENTIONED LOCAL UNION FOR THE PAYMENT OF HEALTH AND WELFARE BENEFITS AS DETERMINED BY THE FUNDS BOARD OF TRUSTEES.

*EFFECTIVE: JUNE 1, 2006*............... *$260.00 PER WEEK/PER EMPLOYEE*

*EFFECTIVE: JUNE 1, 2007*............    *to be allocated at the sole discretion of the Union*

*EFFECTIVE: JUNE 1, 2008*............    *to be allocated at the sole discretion of the Union*

IT IS HEREBY AGREED THAT THE ABOVE DISTRIBUTION OF THE WAGES, HEALTH AND WELFARE AND PENSION CONTRIBUTIONS MAY BE MODIFIED IF NECESSARY TO MAINTAIN APPROPRIATE HEALTH AND WELFARE COVERAGE.    SUCH NOTIFICATION OF MODIFICATIONS SHALL BE GIVEN THIRTY (30) DAYS PRIOR TO THE EFFECTIVE DATE OF THE INCREASES.

**10.1(B)**    ANY DISAGREEMENT WITH RESPECT TO THE ELIGIBILITY, TIME AND METHOD OF PAYMENTS, PAYMENTS DURING PERIODS OF EMPLOYEE ILLNESS OR DISABILITY, METHOD OF ENFORCEMENT OF PAYMENT AND RELATED MATTERS SHALL BE DETERMINED BY SUCH TRUSTEES. THE FUND SHALL IN ALL RESPECTS BE ADMINISTERED IN ACCORDANCE WITH THE TRUST AGREEMENT.    THE METHOD AND AMOUNT OF PAYMENT SHALL BE AS FOLLOWS:

THE AMOUNT IN EFFECT, PER EMPLOYEE PER WEEK SHALL BE CONTRIBUTED FOR EACH REGULAR EMPLOYEE OTHER THAN CASUAL OR EMERGENCY EMPLOYEES, COVERED UNDER THE COLLECTIVE BARGAINING AGREEMENT FOR ANY WEEK IN WHICH SUCH EMPLOYEE PERFORMS ANY SERVICE  FOR THE EMPLOYER.

**10.1(C)**    PAYMENT SHALL BE  MADE  ON  CASUAL  OR  EMERGENCY EMPLOYEES WHO ARE DEFINED FOR THIS PURPOSE ONLY AS EMPLOYEES WHO ARE NOT REGULARLY SCHEDULED EMPLOYEES AND SUCH PAYMENT SHALL BE MADE FOR THE DAYS ACTUALLY WORKED AT THE RATE OF 1/5TH OF THE WEEKLY RATE PER DAY WORKED.

**10.1(D)**    IF ANY REGULAR EMPLOYEE IS ABSENT BECAUSE OF NON-OCCUPATIONAL ILLNESS OR INJURY, THE EMPLOYER SHALL CONTINUE TO MAKE THE REQUIRED CONTRIBUTION FOR A PERIOD OF FOUR (4) WEEKS.

**10.1(E)** IF ANY REGULAR EMPLOYEE IS ABSENT BECAUSE OF OCCUPATIONAL ILLNESS OR INJURY, THE REQUIRED CONTRIBUTION SHALL BE MADE UNTIL THE EMPLOYEE RETURNS TO WORK, OR FOR A PERIOD OF TWELVE (12) MONTHS, WHICHEVER IS THE SHORTER.

**10.1(F)** THE OBLIGATION TO MAKE THE ABOVE CONTRIBUTIONS SHALL CONTINUE DURING PERIODS WHEN THE COLLECTIVE BARGAINING AGREEMENT IS BEING NEGOTIATED, EXCEPT DURING A STRIKE.

**10.1(G)** THE EMPLOYER AGREES THAT IT IS BOUND BY AND IS A PARTY TO THE TRUST AGREEMENT CREATING THE HEALTH AND WELFARE FUND, AND ALL PRIOR AND SUBSEQUENT AMENDMENTS THERETO, AS IF IT HAD SIGNED THE ORIGINAL COPY OF THE SAID TRUST AGREEMENT, OF WHICH SAID AGREEMENT BEING INCORPORATED HEREIN BY REFERENCE AND MADE A PART HEREOF; THE EMPLOYER HEREBY DESIGNATES AS ITS REPRESENTATIVES ON THE BOARD OF TRUSTEES OF SAID FUND SUCH TRUSTEES AS ARE NAMED IN SAID AGREEMENTS AND DECLARATIONS OF TRUST, AS EMPLOYER TRUSTEES, TOGETHER WITH THEIR SUCCESSORS SELECTED IN THE MANNER PROVIDED IN SAID AGREEMENTS AND DECLARATIONS OF TRUST, AS THEY MAY BE AMENDED FROM TIME TO TIME; AND FURTHER AGREES TO BE BOUND BY ALL ACTION TAKEN BY SAID EMPLOYER TRUSTEES REGARDING AND PURSUANT TO THE SAID AGREEMENTS AND DECLARATIONS OF TRUST AS AMENDED FROM TIME TO TIME.

**10.1(H)** *PENALTY FOR FAILURE TO PAY HEALTH AND WELFARE.*

THE EMPLOYER RECOGNIZES THE NECESSITY OF MAKING PROMPT HEALTH AND WELFARE CONTRIBUTIONS, DUE TO THE POSSIBILITY THAT EMPLOYEES BENEFIT STANDING COULD BE PLACED IN JEOPARDY IF CONTRIBUTIONS ARE NOT TIMELY MADE AND THE CONCERN OF THE UNION THAT ALL ELIGIBLE EMPLOYEES ARE COVERED BY SUCH CONTRIBUTIONS.

WHENEVER THE EMPLOYER IS DELINQUENT IN MAKING PAYMENTS TO THE HEALTH AND WELFARE FUND, THE UNION MAY STRIKE THE EMPLOYER TO FORCE PAYMENTS. THIS PROVISION SHALL NOT BE SUBJECT TO AND IS SPECIFICALLY EXCLUDED FROM THE GRIEVANCE PROCEDURE CONTAINED WITHIN THIS AGREEMENT. ADDITIONALLY, IN THE EVENT THE EMPLOYER HAS BEEN FOUND TO BE DELINQUENT, THE EMPLOYER SHALL BE REQUIRED TO PAY IN AN ADDITION TO THE ACTUAL DELINQUENCY, TWENTY PERCENT (20%) OF THE DELINQUENT AMOUNT AS LIQUIDATED DAMAGES IN ADDITION TO ALL REASONABLE ACCOUNTANT FEES AND COST OF COLLECTIONS INCLUDING ALL COURT COSTS.

16

**10.1(I)**    A CALENDAR WEEK IS SUNDAY THROUGH SATURDAY.   THE EMPLOYER AND THE UNION AGREE THAT THE CONTRIBUTION AMOUNTS SET FORTH ABOVE ARE INTENDED TO COVER THE COST OF BENEFITS PROVIDED BY THE WELFARE FUND, AS WELL AS THE EMPLOYER PORTION OF ANY PAYROLL OR OTHER TAXES THAT MAY BECOME DUE AS A RESULT OF THE PAYMENT OF BENEFITS.

**10.1 J)**    *SURETY BOND.*    ANY EMPLOYER WHO IS FOUND TO BE IN VIOLATION OF THE WAGE OR BENEFIT CONTRIBUTION RATES AS PROVIDED BY THE AGREEMENT SHALL DEPOSIT WITH THE OFFICE OF THE LOCAL UNION OR TRUST, AS APPLICABLE, A SURETY BOND TO GUARANTEE THE PAYMENT OF SUCH WAGE AND BENEFIT CONTRIBUTIONS. THE AMOUNT OF THE BOND SHALL BE $50,000. DETERMINATION OF THE DELINQUENCY SHALL BE MADE BY THE TRUSTEES OF THE TRUST FUND AND IN THE CASE OF WAGES BY THE UNION.

### ARTICLE 11 - PENSION FUND

**11.1(A)**    *EFFECTIVE JUNE 1, 2006,* THE EMPLOYER SHALL PAY THE APPLICABLE RATE PER WEEK PER EMPLOYEE INTO A TRUST FUND FOR THE PURPOSE OF PROVIDING PENSION BENEFITS TO EMPLOYEES COVERED BY THIS AGREEMENT.

 *EFFECTIVE: JUNE 1, 2006.............. $138.00 PER WEEK/PER EMPLOYEE*

   *EFFECTIVE: JUNE 1, 2007............*    *to be allocated at the sole discretion of the Union*

   *EFFECTIVE: JUNE 1, 2008............*    *to be allocated at the sole discretion of the Union*

IT IS AGREED THAT THE ABOVE DISTRIBUTION OF THE WAGES, HEALTH AND WELFARE AND PENSION CONTRIBUTIONS MAY BE MODIFIED IF NECESSARY TO MAINTAIN APPROPRIATE PENSION COVERAGE.   SUCH NOTIFICATION OF MODIFICATIONS SHALL BE GIVEN THIRTY (30) DAYS PRIOR TO THE EFFECTIVE DATE OF THE INCREASES.

**11. (B)**    THE PENSION FUND SHALL BE ADMINISTERED BY A BOARD OF TRUSTEES AND IN ALL RESPECTS IN ACCORDANCE WITH THE TRUST AGREEMENT. ANY DISAGREEMENT WITH RESPECT TO THE ELIGIBILITY, TIME AND METHOD OF PAYMENTS, PAYMENTS DURING PERIODS OF EMPLOYEE ILLNESS OR DISABILITY, METHOD OF ENFORCEMENT OF PAYMENT AND RELATED MATTERS SHALL BE DETERMINED BY SUCH TRUSTEES. THE METHOD AND AMOUNT OF PAYMENT SHALL BE AS FOLLOWS:

11.1 C)    A CALENDAR WEEK IS SUNDAY THROUGH SATURDAY.  STARTING WITH THE FIRST WORKED DAY OF THE WEEK, THE EMPLOYER WILL PAY TWENTY-FIVE PERCENT (25%) OF THE WEEKLY CONTRIBUTION RATE TO THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND(S) FOR EACH DAY THE EMPLOYEE WORKED, WITH A CAP OF FOUR (4) DAYS.

11.1 D)    IF ANY REGULAR EMPLOYEE IS ABSENT BECAUSE OF NON-OCCUPATIONAL ILLNESS OR INJURY, THE EMPLOYER SHALL CONTINUE TO MAKE REQUIRED CONTRIBUTIONS FOR A PERIOD OF FOUR (4) WEEKS AT THE APPLICABLE RATE PER WEEK PER MEMBER IN EFFECT.

11.1 E)    IF ANY REGULAR EMPLOYEE IS ABSENT BECAUSE OF OCCUPATIONAL ILLNESS OR INJURY, THE REQUIRED CONTRIBUTION SHALL BE MADE UNTIL THE EMPLOYEE RETURNS TO WORK, OR FOR A PERIOD OF TWELVE (12) MONTHS, WHICHEVER IS THE SHORTER.

11.1 F)    THE OBLIGATION TO MAKE THE ABOVE CONTRIBUTIONS SHALL CONTINUE DURING PERIODS WHEN THE COLLECTIVE BARGAINING AGREEMENT IS BEING NEGOTIATED, EXCEPT DURING A STRIKE.

11.1 G)    THE EMPLOYER AGREES THAT IT IS BOUND BY AND IS A PARTY TO THE TRUST AGREEMENT CREATING THE PENSION FUND, AND ALL PRIOR AND SUBSEQUENT AMENDMENTS THERETO, AS IF IT HAD SIGNED THE ORIGINAL COPY OF THE SAID TRUST AGREEMENT, SAID AGREEMENT BEING INCORPORATED HEREIN BY REFERENCE AND MADE A PART HEREOF, THE EMPLOYER HEREBY DESIGNATES AS ITS REPRESENTATIVES ON THE BOARD OF TRUSTEES OF SAID FUND SUCH TRUSTEES AS ARE NAMED IN SAID AGREEMENT AND DECLARATION OF TRUST, AS EMPLOYER TRUSTEES, TOGETHER WITH THEIR SUCCESSORS SELECTED IN THE MANNER PROVIDED IN SAID AGREEMENT AND DECLARATION OF TRUST, AS IT MAY BE AMENDED FROM TIME TO TIME; AND FURTHER AGREES TO BE BOUND BY ALL ACTION TAKEN BY SAID EMPLOYER TRUSTEES REGARDING AND PURSUANT TO THE SAID AGREEMENT AND

DECLARATION OF TRUST AS AMENDED FROM TIME TO TIME, PROVIDED THAT THE EMPLOYER DOES NOT WAIVE BUT RETAINS IN FULL MEASURE THE SAME RIGHT TO CHALLENGE ON CONSTITUTIONAL OR LEGAL GROUNDS ANY ASSESSMENT OR WITHDRAWAL LIABILITY THAT IT HAD UPON THE DATE OF ENACTMENT OF THE MULTI-EMPLOYER PENSION PLAN AMENDMENTS ACT OF 1980.

11.1 H)    *PENALTY FOR FAILURE TO PAY PENSION.*

THE EMPLOYER RECOGNIZES THE NECESSITY OF MAKING PROMPT PENSION CONTRIBUTIONS, DUE TO THE POSSIBILITY THAT EMPLOYEES BENEFIT

STANDING COULD BE PLACED IN JEOPARDY IF CONTRIBUTIONS ARE NOT TIMELY MADE, AND THE CONCERN OF THE UNION THAT ALL ELIGIBLE EMPLOYEES ARE COVERED BY SUCH CONTRIBUTIONS.

WHENEVER THE EMPLOYER IS DELINQUENT IN MAKING PAYMENTS TO THE PENSION FUND, THE UNION MAY STRIKE THE EMPLOYER TO FORCE PAYMENTS. THIS PROVISION SHALL NOT BE SUBJECT TO AND IS SPECIFICALLY EXCLUDED FROM THE GRIEVANCE PROCEDURE CONTAINED WITHIN THIS AGREEMENT. IF AN EMPLOYER FAILS TO PAY ANY CONTRIBUTIONS DUE IN ACCORDANCE WITH THIS ARTICLE, THE TRUSTEES OF THE PENSION FUND MAY ASSESS THE EMPLOYER A PENALTY OF TWENTY PERCENT (20%) OF THE CONTRIBUTIONS DUE AS LIQUIDATED DAMAGES IN ADDITION TO ALL REASONABLE ATTORNEY FEES, ACCOUNTANT FEES AND COST OF COLLECTIONS INCLUDING ALL COURT COSTS.

**11.11)** *SURETY BOND.* ANY EMPLOYER WHO IS FOUND TO BE IN VIOLATION OF THE WAGE OR BENEFIT CONTRIBUTION RATES AS PROVIDED BY THE AGREEMENT SHALL DEPOSIT WITH THE OFFICE OF THE LOCAL UNION OR TRUST, AS APPLICABLE, A SURETY BOND TO GUARANTEE THE PAYMENT OF SUCH WAGE AND BENEFIT CONTRIBUTIONS. THE AMOUNT OF THE BOND SHALL BE $50,000. DETERMINATION OF THE DELINQUENCY SHALL BE MADE BY THE TRUSTEES OF THE TRUST FUND AND IN THE CASE OF WAGES BY THE UNION.

### ARTICLE 12 - CHECK-OFF

**12.1** UPON RECEIPT OF A WRITTEN AUTHORIZATION FROM THE EMPLOYEE ON A FORM PROVIDED BY THE UNION, THE EMPLOYER AGREES TO DEDUCT INITIATION FEES, RE-INITIATION FEES AND MONTHLY UNION DUES FROM THE PAY OF EACH SUCH EMPLOYEE IN THE AMOUNT AND MANNER PRESCRIBED BY THE UNION IN ACCORDANCE WITH ITS CONSTITUTION AND BY-LAWS AND SHALL REMIT SAME TO THE UNION WITHIN TEN (10) DAYS FROM ITS COLLECTION.

**12.2** THE UNION SHALL INDEMNIFY, DEFEND AND SAVE THE EMPLOYER HARMLESS AGAINST ANY AND ALL CLAIMS, DEMANDS, SUITS OR OTHER FORMS OF LIABILITY THAT SHALL ARISE OUT OF OR BY REASONS OF ACTION TAKEN, OR NOT TAKEN, BY THE EMPLOYER FOR THE PURPOSE OF COMPLYING WITH ANY PROVISIONS OF THIS ARTICLE ON RELIANCE UPON ANY LISTS, NOTICES, OR ASSIGNMENTS FURNISHED PURSUANT TO THIS ARTICLE.

### ARTICLE 13 - WORKING HOURS AND OVERTIME

**13.1** EIGHT (8) CONTINUOUS HOURS (NOT INCLUDING MEAL PERIOD REFERRED TO IN ARTICLE 13.7) SHALL CONSTITUTE A WORK DAY. FORTY (40) STRAIGHT TIME HOURS, MONDAY THROUGH FRIDAY, SHALL CONSTITUTE A WORK WEEK,