WITHOUT REGARD TO THE WEEKLY PAY PERIOD AS ESTABLISHED BY THE EMPLOYER.

13.2(A)   TIME AND ONE-HALF (1½) SHALL BE PAID FOR ALL TIME WORKED OVER EIGHT (8) HOURS IN ANY ONE (1) DAY, AND OVER FORTY (40) HOURS IN ANY ONE WEEK, MONDAY THROUGH FRIDAY (AND SATURDAY WHEN AN EMPLOYEE WORKS A SATURDAY AS A MAKE-UP DAY AS DETERMINED IN THIS SECTION). EFFECTIVE UPON EXECUTION OF THIS AGREEMENT, IF AN EMPLOYEE CALLS OFF OR VOLUNTARILY LEAVES WORK BEFORE THE WORKDAY IS CONCLUDED FOR ANY REASON DURING THE MONDAY THROUGH FRIDAY WORKWEEK, THEN SATURDAY SHALL BE PAID AS A NON-PREMIUM MAKE-UP DAY. OTHERWISE, SATURDAY SHALL BE PAID AT THE APPLICABLE OVERTIME RATE OF TIME AND ONE-HALF (1½) FOR ALL HOURS WORKED.

13.2(B)   IF ANY EMPLOYEE CALLS OFF AT HIS OWN INITIATIVE ON A REGULAR SCHEDULED WORKDAY DURING THE WORKWEEK AND IS PUT TO WORK ON SATURDAY AS A MAKE-UP DAY, HE SHALL BE GUARANTEED FOUR (4) CONTINUOUS HOURS OF WORK AT HIS APPLICABLE STRAIGHT-TIME HOURLY RATE OF PAY FOR THAT DAY.

13.3   EMPLOYEES STARTING WORK AFTER 12:00 NOON, SHALL BE PAID A FIFTY CENTS ($0.50) PER HOUR SHIFT DIFFERENTIAL IN ADDITION TO THEIR STRAIGHT TIME HOURLY RATE FOR ALL WORK PERFORMED ON A SECOND SHIFT. ALL HOURS CONTINUOUSLY WORKED SHALL BE DEEMED PART OF THE SAME WORKDAY THAT COMMENCED WITH THE FIRST HOUR WORKED, REGARDLESS IF THE WORK EXTENDS INTO THE NEXT CALENDAR DAY. ALL HOURS IN EACH WORKDAY AFTER THE EIGHTH HOUR SHALL BE PAID AT TIME AND ONE HALF (1½), EXCEPT ALL HOURS WORKED ON A SUNDAY SHALL BE PAID AT DOUBLE TIME.

13.4   THE EMPLOYER NOT NOTIFYING THE EMPLOYEE AT LEAST TWO (2) HOURS PRIOR TO REPORTING TIME THERE WILL BE NO WORK THAT DAY SHALL GIVE HIM TWO (2) HOURS PAY FOR REPORTING. IF REQUESTED BY THE EMPLOYER THE EMPLOYEE MUST STAY ON THE JOB TO QUALIFY FOR THE TWO (2) HOURS OF PAY. ALL REPORTING TIME SHALL BE PAID AT THE APPLICABLE HOURLY RATE FOR THAT DAY.

13.5   IF AN EMPLOYEE IS ORDERED TO START WORK BY HIS EMPLOYER, MONDAY THROUGH SATURDAY HE SHALL NOT RECEIVE LESS THAN EIGHT (8) HOURS STRAIGHT TIME PAY. IF HE STARTS WORK ON SATURDAY, SUNDAY AND HOLIDAYS HE SHALL NOT RECEIVE LESS THAN FOUR (4) HOURS PAY AT THE APPLICABLE HOURLY RATE.

08 C 1074

JUDGE MAROVICH
MAGISTRATE JUDGE DENLOW

13.6  ALL WORK PERFORMED ON ANY SUNDAY SHALL BE PAID AT THE RATE OF DOUBLE TIME.

13.7(A)  *MEAL PERIOD.*  EACH SHIFT SHALL INCLUDE AN UNPAID ONE-HALF (½) HOUR MEAL PERIOD.

13.7(B)  ANY EMPLOYEE REQUIRED TO WORK THROUGH THEIR MEAL PERIOD, AND DOES WORK THROUGH THEIR MEAL PERIOD, SHALL BE PAID THE OVERTIME RATE OF TIME AND ONE-HALF (1½) FOR SUCH TIME WORKED.

13.7(C)  THE ONE-HALF (½) HOUR UNPAID MEAL PERIOD SHALL COMMENCE BETWEEN THE FOURTH (4TH) AND END OF THE SIXTH (6TH) HOUR ON ALL SHIFTS.

13.7(D)  ALL EMPLOYEES WHO WORK THROUGH THEIR MEAL PERIOD SHALL BE GUARANTEED NOT LESS THAN EIGHT AND ONE-HALF (8½) HOURS OF CONTINUOUS WORK PAID IN ACCORDANCE WITH THIS AGREEMENT.

## *ARTICLE 14 – GENERAL CONDITIONS*

### 14.1  *SENIORITY*

14.1(A)  SENIORITY AS THE TERM IS USED HEREIN, MEANS AND LENGTH OF CONTINUOUS SERVICE OF ANY REGULAR EMPLOYEE FROM THE DATE OF FIRST EMPLOYMENT BY THE EMPLOYER AS HEREINAFTER PROVIDED.

14.1(B)  NEW EMPLOYEES SHALL BE REGARDED AS PROBATIONARY EMPLOYEES UNTIL THEY HAVE ACQUIRED SENIORITY RIGHTS. PROBATIONARY EMPLOYEES SHALL ATTAIN SENIORITY RIGHTS WHEN THEY HAVE ACTUALLY BEEN AT WORK OF THE EMPLOYER FOR A TOTAL OF THIRTY (30) WORK DAYS OR SIXTY (60) CALENDAR DAYS. THERE SHALL BE NO RESPONSIBILITY FOR THE RE-EMPLOYMENT OF PROBATIONARY EMPLOYEES IF THEY ARE LAID OFF OR DISCHARGED PRIOR TO ATTAINING SENIORITY RIGHTS. AFTER THIRTY (30) WORK DAYS OR SIXTY (60) CALENDAR DAYS OF EMPLOYMENT AS ABOVE DEFINED, THE NAMES OF SUCH EMPLOYEES SHALL BE PLACED ON THE SENIORITY LIST AS PROVIDED IN SECTION 14.1 (A) WITH A SERVICE CREDIT REVERTING BACK TO THE FIRST DAY OF HIRE. THE UNION SHALL RECEIVE A SENIORITY LIST UPON REQUEST.

14.1(C)  ANY EMPLOYEE COVERED BY THIS AGREEMENT WHO ACCEPTS A PROMOTION TO A SALARIED POSITION WITH THE EMPLOYER SHALL RETAIN ALL PREVIOUSLY ACCUMULATED SENIORITY FOR A PERIOD OF TWELVE (12) CONSECUTIVE MONTHS.

21

14.1(D)   IN CASE OF LAYOFF DUE TO LACK OF WORK, EMPLOYEES SHALL BE LAID OFF IN REVERSE ORDER OF SENIORITY, PROVIDING THE SENIOR EMPLOYEE IS QUALIFIED TO REPLACE THE LAID-OFF EMPLOYEE.

14.1(E)   THE RE-HIRING PROCEDURE SHALL BE THE REVERSE OF THE LAYOFF PROCEDURE. WHEN WORK INCREASES, EMPLOYEES LAID OFF SHALL BE NOTIFIED TO REPORT TO WORK IN ORDER OF SENIORITY.

14.1(F)   FAILURE BY AN EMPLOYEE TO RETURN TO WORK WITHIN FIVE (5) CONSECUTIVE WORKING DAYS AFTER NOTICE OR ATTEMPTED NOTICE, BY CERTIFIED MAIL TO THE EMPLOYEE'S LAST KNOWN ADDRESS AND A COPY BEING SENT TO THE LOCAL UNION OFFICE, WILL RESULT IN LOSS OF SENIORITY RIGHTS. THE LOCAL UNION OFFICE SHALL BE NOTIFIED BY THE EMPLOYER THE SAME DAY AS THE EMPLOYEE. THE FIVE (5) DAYS DO NOT BEGIN UNTIL THE UNION HAS BEEN NOTIFIED BY THE EMPLOYER. THE UNION MAY FURNISH TEMPORARY DRIVERS IF REQUESTED TO DO SO, UNTIL THE LAID-OFF EMPLOYEE REPORTS TO WORK.

14.1(G)   IF THERE ARE ANY BREAK-DOWNS OR SHUTDOWNS DURING THE DAY, A MAN WHOSE VEHICLE IS BROKEN DOWN OR WHOSE OPERATIONS ARE SHUTDOWN SHALL GO HOME FOR THE COMPLETION OF THE WORK DAY AND SHALL BE PAID AS PROVIDED IN ARTICLE 13; HOWEVER THE EMPLOYER MAY ASSIGN HIM TO PERFORM OTHER DUTIES AT HIS PREVAILING WAGE RATE FOR THAT DAY. WHEN A VEHICLE SHALL BE OUT OF SERVICE FOR MORE THAN THAT DAY, SENIORITY SHALL PREVAIL ON THE FOLLOWING DAY.

14.1(H)   SENIORITY SHALL BE BROKEN BY DISCHARGE, VOLUNTARY QUIT, FAILURE TO REPORT AFTER FIVE (5) WORKING DAYS, AS OUTLINED IN SECTION 14.1 F) OR BY A LAY-OFF FOR TWELVE (12) CONSECUTIVE MONTHS.

14.1(I) WHERE THE SAME EMPLOYER HAS MORE THAN ONE JOB IN PROGRESS, WORKING OUT OF DIFFERENT GARAGES OR PARKING SITES AND AT THE STARTING TIME OF THE JOB, DUE TO WEATHER OR OTHER CONDITIONS BEYOND THE EMPLOYER'S CONTROL, THE JOB IS NOT ABLE TO WORK AND NO DECISION CAN BE MADE AS TO WHEN THE JOB CAN GO, SUCH LAY-OFFS SHALL NOT EXCEED MORE THAN TWO (2) WORKING DAYS, AFTER THE EXPIRATION OF TWO (2) WORKING DAYS THE EMPLOYEE ACCORDING TO HIS COMPANY SENIORITY SHALL BE ENTITLED TO TRANSFER TO ANOTHER JOB OF THE EMPLOYER IF THERE ARE EMPLOYEES OF LESS SENIORITY WORKING FOR THE EMPLOYER ON ANOTHER JOB. WHEN AN EMPLOYEE REQUESTS A TRANSFER TO ANOTHER PARKING SITE SUCH EMPLOYEE SHALL STAY AT SAID PARKING SITE UNTIL ITS COMPLETION OR UNTIL EMPLOYEE IS LAID-OFF. NOTWITHSTANDING THE FOREGOING, THE EMPLOYER MAY PERMIT A TRANSFER IMMEDIATELY UPON LAY-OFF WITHOUT WAITING TWO (2) DAYS.

14.1 (J) ALL EMPLOYEES DOMICILED AT THE SAME LOCATION WILL BE ASSIGNED WORK ACCORDING TO THEIR SENIORITY, PROVIDING THEY ARE QUALIFIED. THIS WILL NOT AFFECT THE DAILY STARTING TIME. (ALL EMPLOYEES GOING TO THE SAME JOB, DOING THE SAME WORK WILL BE STARTED BY SENIORITY).

14.2 WHEN HAULING BLACKTOP OR SIMILAR MATERIAL, DRIVERS SHALL HAVE A PLATFORM TO STAND ON TO ROLL THEIR TARPS AT THE PLANT.

14.3 IF THE EMPLOYEE IS DIRECTED TO TAKE A TRUCK TO A JOB SITE OR A GARAGE AND LEAVE IT AT SAME, HE SHALL BE COMPENSATED UNTIL HE RETURNS TO HIS ORIGINAL STARTING LOCATION.

14.4 WHEN AN EMPLOYEE IS INSTRUCTED TO PARK ON A JOB SITE, THE EMPLOYER SHALL WITH ALL POSSIBLE MEANS HAVE THE EMPLOYEE LIVING NEAREST TO THE PARKING SITE REPORT FOR WORK THERE, IF QUALIFIED.

## ARTICLE 15 - LABOR WORK

15.1 CHAUFFEURS ARE EXEMPT FROM ALL LABOR WORK EXCEPT WHEN NECESSARY TO CLEAN THEIR TRUCK BODY OR TO MAINTAIN THE SAFETY OF THEIR VEHICLES IN THE EVENT OF AN EMERGENCY OR BREAKDOWN. CHAUFFEURS MAY BE REQUIRED TO ACT AS FLAGMEN UPON REQUEST BY THE EMPLOYER. CHAUFFEURS SHALL OPERATE ONE VEHICLE ONLY, UNLESS SAID VEHICLE IS REPLACED WITH ANOTHER. CHAUFFEURS SHALL MAINTAIN THEIR TRUCKS AT THE JOB SITE FOR LOADING UNTIL QUITTING TIME.

15.2 *SUPPLY AND SERVICE TRUCK DRIVERS.* SUPPLY AND SERVICE TRUCK DRIVERS SHALL LOAD AND UNLOAD THEIR VEHICLES, EXCEPT WHERE DOING SO WILL INFRINGE ON THE WORK OF OTHER TRADES OR WHERE THE EQUIPMENT OR MATERIAL TO BE LOADED OR UNLOADED IS UNREASONABLY HEAVY AND ASSISTANCE IS NEEDED, IT SHALL BE SUPPLIED.

15.3 *DUMP MAN.* A DUMP MAN SHALL BE EMPLOYED WHEN THERE ARE TWO (2) OR MORE PIECES OF EQUIPMENT COVERED BY THIS AGREEMENT ENGAGED IN THE HAULING AND DUMPING OF DIRT, BLACKTOP, AGGREGATE AND OTHER SOLID FILLING MATERIAL. THIS PARAGRAPH SHALL ONLY APPLY IN AREAS WHERE AND WHEN IT HAS BEEN PAST PRACTICE.

## ARTICLE 16 - NON-DISCRIMINATION

23

16.1   THE EMPLOYER AND THE UNION AGREE THEY WILL CONTINUE NOT TO DISCRIMINATE AGAINST ANY INDIVIDUAL WITH RESPECT TO THEIR HIRING, COMPENSATION, TERMS OR CONDITIONS OF EMPLOYMENT BECAUSE OF SUCH INDIVIDUAL'S RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, OR AGE, (TO THE EXTENT PROHIBITED BY LAW) NOR WILL THEY LIMIT, SEGREGATE OR CLASSIFY EMPLOYEES IN ANY WAY TO DEPRIVE ANY INDIVIDUAL EMPLOYEE OF EMPLOYMENT OPPORTUNITIES BECAUSE OF THEIR RACE, COLOR, RELIGION, SEX NATIONAL ORIGIN, OR AGE AND THE AGE DISCRIMINATION EMPLOYMENT ACT OF 1967, AS AMENDED (TO THE EXTENT PROHIBITED BY LAW).

16.2   WHERE MASCULINE OR FEMININE TERMS ARE UTILIZED THROUGHOUT THIS AGREEMENT, IT IS UNDERSTOOD THAT EACH APPLIES TO THE OPPOSITE SEX.

## *ARTICLE 17 - EMPLOYMENT TERMINATION*

17.1(A)   *NO DISCRIMINATION:* THERE SHALL BE NO DISCRIMINATION ON THE PART OF THE EMPLOYER AGAINST ANY EMPLOYEE NOR SHALL ANY EMPLOYEE BE DISCHARGED FOR ANY UNION ACTIVITY NOT INTERFERING WITH THE PROPER PERFORMANCE OF THEIR WORK.

17.1(B)   THE EMPLOYER SHALL NOT DISCHARGE ANY EMPLOYEE BECAUSE OF RACE, CREED, NATIONAL ORIGIN, SEX, OR AGE; NOR BECAUSE THE EMPLOYEE HAS DEMANDED WAGES, OVERTIME OR OTHER BENEFITS TO WHICH THIS AGREEMENT ENTITLES THEM.

17.2   *DISCHARGE OR SUSPENSION:* THE EMPLOYER SHALL NOT DISCHARGE OR SUSPEND ANY EMPLOYEE EXCEPT FOR JUST CAUSE. THE EMPLOYER AGREES TO APPLY THE PRINCIPLES OF PROGRESSIVE DISCIPLINE WHERE APPLICABLE AND HEREBY DECLINES AN INTENT TO UTILIZE WRITTEN REPRIMANDS, WHENEVER POSSIBLE AND APPROPRIATE, PRIOR TO THE USE OF SUSPENSION OR DISCHARGE. WHEN A WRITTEN REPRIMAND IS ISSUED, THE EMPLOYEE AND THE UNION SHALL BE FURNISHED WITH A COPY OF SUCH.

MINOR DISCIPLINARY ACTIONS IN EXCESS OF ONE (1) YEAR WITH NO FURTHER VIOLATIONS WILL NOT BE CONSIDERED AS PART OF DISCIPLINE AND MAY NOT BE USED AGAINST THE EMPLOYEE FOR ANY FUTURE DISCIPLINE.

## *ARTICLE 18 - HOLIDAYS*

18.1   DOUBLE TIME SHALL BE PAID FOR ALL WORK DONE ON SUNDAYS AND THE FOLLOWING LEGAL HOLIDAYS: NEW YEAR'S DAY, DECLARATION DAY, INDEPENDENCE DAY, LABOR DAY, THANKSGIVING DAY, AND CHRISTMAS DAY.

18.2 IF AN EMPLOYEE IS SCHEDULED TO WORK IN ANY WEEK WHEN ONE OF THE FOLLOWING HOLIDAYS FALL (NEW YEAR'S DAY, DECLARATION DAY, INDEPENDENCE DAY, LABOR DAY, THANKSGIVING DAY, AND CHRISTMAS DAY) WHERE THEY WOULD ONLY WORK FOUR (4) DAYS DURING THAT WEEK, THAT SATURDAY WILL BE PAID AT TIME AND ONE-HALF (1½).

## ARTICLE 19 – VACATIONS AND LEAVES OF ABSENCE

19.1 VACATIONS MAY BE TAKEN BY MUTUAL AGREEMENT BETWEEN THE EMPLOYER AND EMPLOYEE.

19.2 LEAVES OF ABSENCE SHALL BE GRANTED TO EMPLOYEES BY MUTUAL AGREEMENT BETWEEN THE EMPLOYER, THE LOCAL UNION AND THE EMPLOYEE. SUCH LEAVES WHEN GRANTED SHALL BE IN WRITING, BY THE EMPLOYER AND THE EMPLOYEE EACH SIGNING THREE (3) COPIES, ONE (1) COPY OF WHICH SHALL BE RETAINED BY EACH OF THEM AND THE THIRD COPY TO BE RETAINED BY THE UNION. ALL OTHER TIME OFF MUST HAVE EMPLOYER APPROVAL PRIOR TO BEING GRANTED

19.3 THE EMPLOYER WILL NOT BE RESPONSIBLE FOR CONTRIBUTIONS TO THE HEALTH AND WELFARE AND PENSION FUND DURING THIS VACATION.

## ARTICLE 20 – OWNER-DRIVERS

20.1 THE EMPLOYER AGREES THAT HE WILL NOT SUBCONTRACT WORK TO ANY OWNER/OPERATOR OR OWNER/DRIVER UNLESS THERE IS FULL COMPLIANCE WITH THE SUBCONTRACTING CLAUSE SET FORTH IN ARTICLE 4 SO THAT ALL OWNER/DRIVERS OR OWNER/OPERATORS PERFORMING WORK MUST BE PAID AN AMOUNT EQUAL TO THE WAGES AND FRINGE BENEFITS BEING PAID TO EMPLOYEES WORKING UNDER THIS AGREEMENT. THE EMPLOYER AGREES TO ASSUME ANY LIABILITY FOR FAILURE OF ANYONE PERFORMING THIS WORK TO BE PAID THE PROPER RATES.

## ARTICLE 21 - MECHANIC'S TOOLS

21.1 IF A MECHANIC'S TOOLS ARE LOST OR STOLEN DUE TO FIRE OR BURGLARY ON THE EMPLOYER'S PREMISES OR JOB SITE, THE EMPLOYER WILL REPLACE THE TOOLS AT NO COST TO THE MECHANIC. THE MECHANIC SHALL BE PAID IN ACCORDANCE WITH THE INVENTORY LIST THAT IS ON FILE WITH THE EMPLOYER PRIOR TO THE LOSS. THE EMPLOYEE SHALL UPDATE THE INVENTORY LIST ANNUALLY, IF THE EMPLOYEE FAILS TO PROVIDE THE EMPLOYER WITH SAID INVENTORY LIST, THE EMPLOYER SHALL NOT BE LIABLE

FOR SAID TOOLS. THE MAXIMUM BENEFIT PAYABLE DUE TO THEFT OR FIRE SHALL BE TWENTY-FIVE THOUSAND DOLLARS ($25,000) PLUS THE REPLACEMENT COST OF THE TOOL BOX(S) PROVIDED THE INVENTORY PROVISION OF THIS ARTICLE IS COMPLIED WITH.

21.2   THE EMPLOYER SHALL FURNISH FOR USE BY THE MECHANIC THE NECESSARY SOCKETS OVER ½ INCH DRIVE AT NO COST TO THE MECHANIC.

21.3   THERE SHALL BE AT LEAST TWO (2) EMPLOYEES ON DUTY IN THE SHOP AT ALL TIMES DURING THE NIGHT SHIFT.

### *ARTICLE 22 - JOB ACCESS BY UNION STEWARDS*

22.1   THE BUSINESS REPRESENTATIVE SHALL HAVE THE PRIVILEGE TO VISIT ANY JOB OR BARN TO ENFORCE THE PROVISIONS OF THIS AGREEMENT.

22.2   THE EMPLOYER RECOGNIZES THE RIGHT OF THE UNION TO DESIGNATE JOB STEWARDS. IF REQUESTED BY THE LOCAL UNION, THE STEWARD SHALL HAVE PREFERENCE FOR OVERTIME, SATURDAY, SUNDAY AND HOLIDAY WORK AND SHALL BE THE LAST MAN LAID OFF AT THE CONCLUSION OF A PROJECT, PROVIDED HE IS QUALIFIED TO PERFORM THE WORK. THE AUTHORITY OF JOB STEWARDS SO DESIGNATED BY THE UNION SHALL BE LIMITED TO AND SHALL NOT EXCEED, THE FOLLOWING DUTIES AND ACTIVITIES:

(A)   THE INVESTIGATION AND PRESENTATION OF GRIEVANCES WITH HIS EMPLOYER OR THE DESIGNATED EMPLOYER REPRESENTATIVE IN ACCORDANCE WITH THE PROVISIONS OF THE COLLECTIVE BARGAINING AGREEMENT.

(B)   THE TRANSMISSION OF SUCH MESSAGES AND INFORMATION WHICH SHALL ORIGINATE WITH, AND ARE AUTHORIZED BY THE LOCAL UNION, OR ITS OFFICERS, PROVIDED SUCH MESSAGES AND INFORMATION:

   (1) HAVE BEEN REDUCED TO WRITING, OR

   (2) IF NOT REDUCED TO WRITING, ARE OF A ROUTINE NATURE AND DO NOT INVOLVE WORK STOPPAGES, SLOWDOWNS, REFUSAL TO HANDLE GOODS, OR ANY OTHER INTERFERENCE WITH THE EMPLOYER'S BUSINESS.

(C)   JOB STEWARDS HAVE NO AUTHORITY TO TAKE STRIKE ACTION OR ANY OTHER ACTION INTERRUPTING THE EMPLOYER'S BUSINESS.

(D)   THE EMPLOYER RECOGNIZES THESE LIMITATIONS UPON THE AUTHORITY OF JOB STEWARDS AND SHALL NOT HOLD THE UNION LIABLE FOR ANY UNAUTHORIZED ACTS BY THE JOB STEWARDS. THE EMPLOYER IN SO

RECOGNIZING SUCH LIMITATIONS, SHALL HAVE THE AUTHORITY TO IMPOSE DISCIPLINE, INCLUDING DISCHARGE, IN THE EVENT THE STEWARD HAS TAKEN UNAUTHORIZED STRIKE ACTION, SLOWDOWNS, OR WORK STOPPAGE IN VIOLATION OF THIS AGREEMENT AND ANY ACTION TAKEN BY THE EMPLOYER SHALL NOT BE SUBJECT TO THE GRIEVANCE AND ARBITRATION PROCEDURE.

22.3   A JOB STEWARD SHALL BE A COMPETENT WORKING TEAMSTER.

22.4   A STEWARD SHALL NOT LEAVE THE JOB DURING WORKING HOURS UNLESS AUTHORIZED BY THE EMPLOYER.

### *ARTICLE 23 - PROTECTION OF RIGHTS*

23.1   IT SHALL NOT BE A VIOLATION OF THIS AGREEMENT, AND IT SHALL NOT BE CAUSE FOR DISCHARGE OR DISCIPLINARY ACTION IN THE EVENT AN EMPLOYEE REFUSES TO ENTER UPON ANY PROPERTY INVOLVED IN A LAWFUL PRIMARY PICKET LINE, INCLUDING THE LAWFUL PRIMARY PICKET LINE OF UNIONS PARTY TO THIS AGREEMENT, AND INCLUDING LAWFUL PRIMARY PICKET LINES AT THE EMPLOYER'S PLACES OF BUSINESS. IN THE APPLICATION OF THIS ARTICLE IT IS IMMATERIAL IF THE LABOR DISPUTE OR PICKETING IS ILLEGAL IF THE LABOR DISPUTE OR PICKETING IS PRIMARY.

### *ARTICLE 24 - SEPARATE AGREEMENTS*

24.1   IT IS AGREED THAT THE EMPLOYER OR THE EMPLOYEE AND THE UNION WILL NOT BE ASKED TO MAKE ANY WRITTEN OR VERBAL AGREEMENT WHICH MAY CONFLICT OR BE CONTRARY WITH THIS AGREEMENT.

### *ARTICLE 25 - COMPLIANCE WITH SAFETY AND TRAFFIC LAWS*

25.1   NO EMPLOYEE SHALL BE RESPONSIBLE FOR THE PURCHASE OR DISPLAY OF CITY OR STATE LICENSE TAGS OR PLATES. OVERLOADING OF TRUCKS SHALL BE THE RESPONSIBILITY OF THE EMPLOYER UNLESS IT IS DUE TO EMPLOYEES NEGLIGENT OR WILLFUL ACTS. IF ANY EMPLOYEE IS ARRESTED OR IS ISSUED A SUMMONS BECAUSE OF FAULTY EQUIPMENT, FAILURE TO DISPLAY TAGS OR LICENSES, OVERLOADING OR OVERWEIGHT, HE SHALL NOT BE REQUIRED TO SURRENDER HIS CHAUFFEUR'S LICENSE IN LIEU OF BOND, AND IF HE IS THEREBY TO APPEAR IN COURT ON BEHALF OF HIS EMPLOYER, HE SHALL BE REIMBURSED FOR HIS LOST TIME AT HIS REGULAR STRAIGHT TIME HOURLY RATE OF PAY UNLESS IT IS DUE TO EMPLOYEE NEGLIGENCE.  IN NO EVENT SHALL THE EMPLOYER BE RESPONSIBLE FOR THE EMPLOYEE'S ACTS SOLELY WITHIN THE CONTROL OF THE EMPLOYEE SUCH AS, BUT NOT LIMITED TO, EMPLOYEE'S VIOLATION OF TRAFFIC LAWS. WHERE AN EMPLOYEE VIOLATES TRAFFIC LAWS,

IT SHALL BE THE RESPONSIBILITY TO EITHER POST A BOND OR BOND CARD, OR TO SURRENDER HIS LICENSE.

### ARTICLE 26 - ECONOMIC LOSS

**26.1** EMPLOYEES COVERED BY THIS AGREEMENT RECEIVING HIGHER WAGES OR MORE ATTRACTIVE WORKING CONDITIONS THAN THOSE PROVIDED FOR IN THIS AGREEMENT SHALL SUFFER NO REDUCTION BY VIRTUE OF THIS AGREEMENT AND SHALL BE PAID THE INCREASE IN WAGES HEREIN NEGOTIATED.

### ARTICLE 27 - INSPECTION PRIVILEGES

**27.1** AUTHORIZED REPRESENTATIVES OF THE UNION SHALL HAVE ACCESS TO THE EMPLOYER'S ESTABLISHMENT AT ALL REASONABLE TIMES FOR THE PURPOSE OF ADJUSTING DISPUTES, INVESTIGATING WORKING CONDITIONS, COLLECTING DUES, AND ASCERTAINING COMPLIANCE WITH THIS AGREEMENT WHICH SHALL INCLUDE THE RIGHT TO INSPECT AND AUDIT THOSE SPECIFIC PAYROLL RECORDS, TIME CARDS AND SHEETS AS MAY RELATE TO A PARTICULAR GRIEVANCE OR GRIEVANCES ALLEGING NON-PAYMENT OR IMPROPER PAYMENT OF WAGES, HEALTH AND WELFARE OR PENSION CONTRIBUTIONS. SUCH RECORDS SHALL BE PRODUCED AT A PLACE MUTUALLY AGREED UPON.

**27.2** THE EMPLOYER SHALL KEEP A PERMANENT DAILY PAYROLL RECORD OF ALL EMPLOYEES AND OF HOURS WORKED BY EMPLOYEES EMPLOYED ON A TIME BASIS SHOWING STARTING AND QUITTING TIMES. NOTWITHSTANDING THE LIMITATIONS OF SECTION 27.1 ABOVE, SUCH RECORDS EFFECTIVE JUNE 1, 2006, SHALL BE PRESERVED FOR A PERIOD OF NOT LESS THAN THREE (3) YEARS AND SHALL BE SUBJECT TO EXAMINATION BY THE UNION, BUT THE EMPLOYER SHALL HAVE THE RIGHT TO BE PRESENT.

### ARTICLE 28 - BULLETIN BOARD ACCESS

**28.1** THE EMPLOYER SHALL PROVIDE SPACE ON AN EMPLOYER BULLETIN BOARD FOR UTILIZATION OF THE UNION FOR POSTING NOTICES FALLING WITHIN THE FOLLOWING CATEGORIES:
   1.) UNION MEETINGS;

   2.) UNION APPOINTMENTS;

   3.) UNION ELECTIONS;

4.) RESULTS OF UNION ELECTIONS;

5.) INTERNATIONAL UNION CORRESPONDENCE AND REQUIRED POSTINGS.

THE BULLETIN BOARD SHALL NOT BE USED BY THE UNION OR ITS MEMBERS FOR DISSEMINATING PROPOSALS, INFLAMMATORY MATERIALS OR MATERIALS DEROGATORY TO THE EMPLOYER.

## ARTICLE 29 - SALES AND TRANSFERS-SCOPE OF OBLIGATION

**29.1** THIS AGREEMENT SHALL BE BINDING UPON THE PARTIES HERETO, RESPECTIVE SUCCESSORS, ADMINISTRATORS, EXECUTORS, ASSIGNS, AND LEGAL REPRESENTATIVES. IN THE EVENT THE EMPLOYER'S BUSINESS OR OPERATION OR PART THEREOF, IS SOLD, LEASED, TRANSFERRED OR TAKEN OVER BY ANY MEANS WHATSOEVER, INCLUDING BUT NOT LIMITED TO SALE, TRANSFER, LEASE, SUCCESSION, MERGER, CONSOLIDATION, ASSIGNMENT, RECEIVERSHIP, BANKRUPTCY PROCEEDINGS OR OPERATION OF LAW, OR TAKEN OVER OR ABSORBED BY A PARENT COMPANY OR A SUBSIDIARY COMPANY OR SUBSIDIARY CORPORATION, SUCH BUSINESS OR OPERATION SHALL CONTINUE TO BE SUBJECT TO AND COVERED BY THE TERMS AND CONDITIONS OF THIS AGREEMENT FOR THE LIFE THEREOF. THE EMPLOYER SHALL NOT USE ANY LEASING DEVICE TO EVADE THIS AGREEMENT. NOTHING IN THIS AGREEMENT SHALL LIMIT OR RESTRICT THE RIGHT OF AN EMPLOYER TO CEASE ITS BUSINESS OR OPERATIONS.

**29.2** IN THE EVENT AN EMPLOYER BUYS OUT THE BUSINESS OR OPERATIONS OF ANOTHER EMPLOYER AND OPERATES IT AS A SEPARATE LEGAL ENTITY, THEN THE SENIORITY OF THE EMPLOYEES SHALL CONTINUE ON THE SAME BASIS AS IT EXISTED PRIOR TO THE OCCURRENCE OF SAID BUY-OUT.

**29.3** IN THE EVENT AN EMPLOYER BUYS OUT ANOTHER EMPLOYER COVERED BY THIS AGREEMENT AND MERGES OPERATIONS OF THE BOUGHT-OUT EMPLOYER INTO HIS OWN, THE SENIORITY OF THE EMPLOYEES SHALL BE ESTABLISHED AS FOLLOWS:

(A) IN THE EVENT THE ACQUIRING EMPLOYER HAS BOUGHT OUT OR MERGED WITH ANOTHER SOLVENT EMPLOYER WHO IS COVERED BY THIS AGREEMENT, THE SENIORITY OF THE EMPLOYEES OF BOTH EMPLOYERS SHALL BE MERGED/DOVE-TAILED WITHIN THEIR SENIORITY UNITS IN ACCORDANCE WITH THEIR DATES OF HIRE WITH THEIR RESPECTIVE EMPLOYER, TO THE EXTENT OF THE ACQUIRING EMPLOYER'S NEED AS TO QUALIFICATIONS AND NUMBER OF EMPLOYEES. THIS PROVISION SHALL APPLY ONLY AS TO MERGED OPERATIONS WITHIN THE SAME LOCAL UNION'S JURISDICTION.

(B) IN THE EVENT THE BOUGHT-OUT EMPLOYER IS INSOLVENT, THE EMPLOYEES OF SUCH EMPLOYER WHO ARE RETAINED SHALL BE PLACED AT THE BOTTOM/END-TAILED OF THE SENIORITY LIST AS A GROUP LISTED IN ACCORDANCE WITH THEIR PREVIOUS SENIORITY STANDING. THE ACQUIRING EMPLOYER NEED RETAIN SUCH EMPLOYEES OF THE BOUGHT-OUT EMPLOYER ONLY TO THE EXTENT OF HIS NEED AS TO QUALIFICATIONS AND NUMBER OF EMPLOYEES.

### ARTICLE 30 - CONFORMITY TO LAW-SAVINGS CLAUSE

30.1 IF ANY PROVISION OR THE ENFORCEMENT OR PERFORMANCE OF ANY PROVISION OF THIS AGREEMENT IS OR SHALL AT ANY TIME BE CONTRARY TO LAW, THEN SUCH PROVISION SHALL NOT BE APPLICABLE OR ENFORCED OR PERFORMED, EXCEPT TO THE EXTENT PERMITTED BY LAW. IF AT ANY TIME THEREAFTER SUCH PROVISION OR ITS ENFORCEMENT OR PERFORMANCE SHALL NO LONGER CONFLICT WITH THE LAW, THEN IT SHALL BE DEEMED RESTORED IN FULL FORCE AND EFFECT AS IF IT HAD NEVER BEEN IN CONFLICT WITH THE LAW.

30.2 IF ANY PROVISION OF THIS AGREEMENT OR THE APPLICATION OF SUCH PROVISION TO ANY PERSON OR CIRCUMSTANCES SHALL BE HELD INVALID THE REMAINDER OF THIS AGREEMENT OR THE APPLICATION OF SUCH PROVISION TO OTHER PERSONS OR CIRCUMSTANCES, SHALL NOT BE AFFECTED THEREBY.

30.3 IF ANY PROVISION OF THIS AGREEMENT OR THE APPLICATION OF SUCH PROVISION TO ANY PERSON OR CIRCUMSTANCES SHALL AT ANY TIME BE CONTRARY TO LAW, THEN THE PARTIES SHALL MEET TO NEGOTIATE A SUBSTITUTE PROVISION WHICH SHALL REMAIN IN EFFECT UNTIL THE EXPIRATION OF THE AGREEMENT OR UNTIL THE AFFECTED PROVISION IS RESTORED PURSUANT TO SECTION 29.1 ABOVE. SHOULD THE PARTIES BARGAIN TO IMPASSE OVER THE SUBSTITUTE PROVISION EITHER OR BOTH MAY IMPOSE ECONOMIC SANCTIONS IN SUPPORT OF THEIR POSITION AND NEITHER THE GRIEVANCE AND ARBITRATION PROVISIONS OF THIS AGREEMENT NOR THE NO STRIKE-NO LOCKOUT PROVISIONS SHALL BE APPLICABLE.

### ARTICLE 31 - FUNERAL LEAVE

31.1 WHEN AN EMPLOYEE'S MOTHER, FATHER, SISTER, BROTHER, SPOUSE, MOTHER-IN-LAW, FATHER-IN-LAW, GRANDPARENTS, CHILD OR STEPCHILDREN DIES, SAID EMPLOYEE, IF HE SO REQUESTS, SHALL BE GIVEN THREE (3) DAYS OFF WITH PAY.

### ARTICLE 32 - MILITARY LEAVE OF ABSENCE

32.1 AN EMPLOYEE SELECTED, DRAFTED OR WHO VOLUNTEERS FOR MILITARY SERVICE FOR THE UNITED STATES OF AMERICA, OR FOR ANY GOVERNMENTAL AGENCY DIRECTLY CONNECTED WITH THE DEFENSE OF THE UNITED STATES (OR ITS ALLIES) SHALL BE GRANTED A MILITARY LEAVE OF ABSENCE WITH ACCUMULATED SENIORITY FOR THE DURATION OF SUCH SERVICE AND AT THE TERMINATION THEREOF SHALL BE REINSTATED ON THE SENIORITY LIST IN HIS PROPER CLASSIFICATION.

### *ARTICLE 33 - JURY DUTY*

33.1 REGULAR EMPLOYEES REQUIRED TO PERFORM JURY DUTY SHALL BE PAID THE APPLICABLE RATE OF PAY FOR THEIR CLASSIFICATION FOR ALL TIME SPENT PROVIDED THEY ENDORSE THEIR JURY DUTY PAYCHECK AND TURN IT OVER TO THE EMPLOYER AS PROOF THEY HAVE SERVED ON A JURY, AND THE SAID JURY DUTY PAYCHECK SHALL BELONG TO THE EMPLOYER.

### *ARTICLE 34 - EQUIPMENT*

34.1 THE EMPLOYER SHALL NOT REQUIRE EMPLOYEES TO TAKE OUT ON THE STREETS OR HIGHWAYS A VEHICLE WHICH IS NOT IN SAFE OPERATING CONDITION OR IS NOT PROVIDED WITH THE SAFETY EQUIPMENT PRESCRIBED BY LAW. THE EMPLOYER SHALL BE RESPONSIBLE FOR PROVIDING SUCH EQUIPMENT.

34.2 ALL DOORS, WINDOWS AND POP-OUT WINDOWS ON TRUCKS SHALL BE MAINTAINED IN WORKING ORDER.

34.3 THE EMPLOYER SHALL EQUIP ALL TRUCKS AND TRACTORS WITH MECHANICAL SEATS, WORKABLE HEATERS AND DEFROSTERS AND IF EQUIPPED

WITH AIR CONDITIONING, SAME SHALL BE MAINTAINED AND BE IN WORKING ORDER

### *ARTICLE 35 - TEAMSTERS JOINT COUNCIL NO. 25 TRAINING FUND*

35.1 TO MAINTAIN THE EFFICIENCY AND SKILLS OF THE WORKFORCE DUE TO ONGOING CHANGES IN EQUIPMENT AND TECHNOLOGY, BOTH PARTIES RECOGNIZE THE IMPORTANCE OF EMPLOYEES CONTINUING TO DEVELOP THEIR SKILL AND KNOWLEDGE SO THEY ARE QUALIFIED TO DEAL WITH SUCH CHANGES. THEREFORE, THE EMPLOYER AGREES TO CONTRIBUTE TEN CENTS ($0.10) PER HOUR/PER EMPLOYEE EFFECTIVE JUNE 1, 2006, FIFTEEN CENTS ($.15) EFFECTIVE JUNE 1, 2007 AND TWENTY CENTS ($.20) EFFECTIVE JUNE 1, 2008, WHO

31

IS COVERED BY THIS AGREEMENT TO THE TEAMSTERS JOINT COUNCIL NO. 25 TRAINING FUND AND HEREBY AGREES TO THE TERMS AND CONDITIONS OF SAID TRAINING FUND.

### ARTICLE 36 – DRUG AND ALCOHOL TESTING/PHYSICAL EXAMINATION POLICY

36.1  THE UNION RECOGNIZES THAT THE EMPLOYERS OF TEAMSTERS ARE REQUIRED TO MEET THE REGULATIONS ESTABLISHED BY MORE THAN ONE GOVERNMENTAL AGENCY.

36.2 (A)  IF AN EMPLOYEE IS REQUIRED BY HIS EMPLOYER TO BE TESTED FOR DRUGS OR ALCOHOL; THE EMPLOYER SHALL PAY THE ENTIRE COST OF THE DRUG OR ALCOHOL TESTING PROCEDURE. THE EMPLOYEE SHALL BE TESTED IMMEDIATELY AFTER THE INCIDENT WHICH GAVE RISE TO THE NEED FOR SUCH TESTING, AND SHALL BE MADE WHOLE FOR ANY TIME LOST AND SHALL RETAIN HIS SENIORITY UNTIL SUCH TEST RESULTS ARE MADE AVAILABLE. DRUG AND ALCOHOL TESTING SHALL BE PAID BY THE EMPLOYER.

36.2 (B)  IT IS FURTHER UNDERSTOOD THAT POLICIES ADOPTED BY THE EMPLOYER THAT ARE IN EXCESS OF GOVERNMENTAL REGULATIONS SHALL BE SUBJECT TO THE GRIEVANCE PROCEDURE ESTABLISHED IN ARTICLE 7 OF THIS AGREEMENT.

36.3  PHYSICAL/DOT EXAMINATIONS. IF AN EMPLOYEE IS REQUIRED BY THE EMPLOYER TO TAKE A PHYSICAL OR DOT EXAMINATION, THE EMPLOYER SHALL PAY THE ENTIRE COST OF SUCH PHYSICAL EXAMINATION WHEN THE EMPLOYEE UTILIZES THE EMPLOYER'S DESIGNATED PHYSICIANS.

### ARTICLE 37 - D.R.I.V.E. AUTHORIZATION AND DEDUCTION

37.1  UPON RECEIPT OF A WRITTEN AUTHORIZATION FROM THE EMPLOYEE, THE EMPLOYER AGREES TO DEDUCT FROM THE EMPLOYEE'S PAYCHECK VOLUNTARY CONTRIBUTIONS TO DEMOCRAT REPUBLIC INDEPENDENT VOTER EDUCATION (D.R.I.V.E.). D.R.I.V.E. SHALL NOTIFY THE EMPLOYER OF THE AMOUNTS DESIGNATED BY EACH EMPLOYEE THAT ARE TO BE DEDUCTED FROM HIS/HER PAYCHECK ON A WEEKLY BASIS FOR ALL WEEKS WORKED. THE PHRASE "WEEKS WORKED" EXCLUDES ANY WEEK OTHER THAN A WEEK IN WHICH THE EMPLOYEE EARNED A WAGE. THE EMPLOYER SHALL TRANSMIT TO D.R.I.V.E. NATIONAL HEADQUARTERS ON A MONTHLY BASIS, IN ONE (1) CHECK,

THE TOTAL AMOUNT DEDUCTED ALONG WITH THE NAME OF EACH EMPLOYEE ON WHOSE BEHALF A DEDUCTION WAS MADE, THE EMPLOYEE'S SOCIAL SECURITY NUMBER, AND THE AMOUNT DEDUCTED FROM THE EMPLOYEE'S PAYCHECK. D.R.I.V.E. AGREES TO INDEMNIFY THE EMPLOYER AND HOLD IT HARMLESS AGAINST ANY AND ALL SUITS, CLAIMS, DEMANDS, AND OTHER LIABILITY FOR DAMAGES, PENALTIES, OR BACK PAY THAT MAY ARISE OUT OF, OR RESULTING FROM THE APPLICATION OF THE PROVISIONS OF THIS ARTICLE.

## ARTICLE 38 - TEAMSTERS NATIONAL 401(k) PLAN

38. IF OWNER OPERATORS CHOOSE NOT TO PARTICIPATE IN THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS HEALTH, WELFARE & PENSION BENEFIT PLANS, THEY MAY CONTRIBUTE THE EQUIVALENT AMOUNT OF CURRENT CONTRIBUTION RATES/MONIES TO THE TEAMSTERS NATIONAL 401(K) SAVINGS PLAN.

38. THE UNION AND THE EMPLOYEES SHALL INDEMNIFY THE EMPLOYER AND HOLD IT HARMLESS AGAINST ANY AND ALL CLAIMS, DEMANDS, SUITS, TAX CONSEQUENCES OR OTHER FORMS OF LIABILITY THAT SHALL ARISE OUT OF, OR BY REASON OF, ANY ACTION TAKEN OR NOT TAKEN BY THE EMPLOYER FOR THE PURPOSE OF COMPLYING WITH THIS SECTION OR IN RELIANCE ON ANY AUTHORIZATION OR NOTICE GIVEN TO THE EMPLOYER BY THE UNION OR EMPLOYEE REGARDING THE EMPLOYEES PARTICIPATION IN THE PROGRAM AND THE AMOUNT OF ANY DEDUCTION MADE PURSUANT TO SUCH PARTICIPATION.

## ARTICLE 39 – FEDERAL AND STATE REGULATIONS

39.1 NOTWITHSTANDING ANY OTHER PROVISION OF THIS AGREEMENT, THE PARTIES AGREE THAT THE EMPLOYER, IN ITS SOLE DISCRETION, MAY TAKE WHATEVER ACTION IT DEEMS APPROPRIATE TO COMPLY WITH THE PROVISIONS OF THE AMERICANS WITH DISABILITIES ACT AND TO MEET ITS OBLIGATIONS AND EXERCISE ITS RIGHTS UNDER THE FAMILY MEDICAL LEAVE ACT.

## ARTICLE 40 - DURATION AND TERMINATION

**40.1** THIS AGREEMENT SHALL BECOME EFFECTIVE ON JUNE 1, 2006 AND SHALL REMAIN IN FULL FORCE AND EFFECT UNTIL AND INCLUDING MAY 31, 2009, THIS AGREEMENT SHALL BE RENEWED AUTOMATICALLY FOR PERIODS OF ONE (1) YEAR UNLESS EITHER THE EMPLOYER OR THE UNION GIVES WRITTEN NOTICE TO THE OTHER OF A DESIRE TO MODIFY, AMEND OR TERMINATE SAME AT LEAST SIXTY (60) DAYS PRIOR TO THE EXPIRATION OF ANY SUCH PERIOD.

IN WITNESS WHEREOF THE PARTIES HAVE HEREUNTO SET THEIR HANDS THIS _31st_ DAY OF _January_, _2007_.

**AGREED:**

FOR THE EMPLOYER:

_ATM, EOT, LTD_
NAME OF EMPLOYER

_____
SIGNATURE AND TITLE

FOR THE UNION:

_Dominic_ [signature]
DOMINIC ROMANAZZI
PRESIDENT
TEAMSTERS LOCAL NO. 330
2400 BIG TIMBER ROAD
BLDG. B, SUITE 201
ELGIN, IL 60124

## MEMORANDUM OF AGREEMENT
## FOR OWNER/DRIVERS

This Agreement is entered between the International Brotherhood of Teamsters, Local Union No 330 ("Union") and _____, a corporation in good standing incorporated in the state of _____, ("Employer").

**WITNESSETH**

WHEREAS, the Employer and the Union wish to promote continued employment in the industry and prevent interruption of work and hereby agree to adopt such terms:

**NOW THEREFORE IT IS AGREED AS FOLLOWS:**

   **Section 1.**   The Employer (Owner/Driver) hereby recognizes the Union as the Sole and exclusive bargaining representative of all the Employer's employees performing work within the craft and geographic jurisdiction of the Union as the same exists as of the date hereof and including any such additional work or geographic area over which the Union may hereafter acquire jurisdiction with respect to wages, hours and other terms and conditions of employment.

   **Section 2.**   The parties acknowledge that this Memorandum of Agreement has been entered into voluntarily and involves Owner/Drivers only.

   **Section 3.**   The Employer agrees to adopt and be bound by the terms and conditions of the Teamsters Local 330 Area Wide Material Hauling Agreement effective from June 1, 2006 through May 31, 2009 and all subsequent amendments thereto are incorporated by reference as if fully set forth herein ("Area Wide Agreement"), except as modified by this Memorandum of Agreement.

   **Section 4.**   The Owner/Driver only may, upon execution of the Memorandum of Agreement, elect to contribute amounts equal to the contributions required by Article 10 and Article 11 of the Area Wide Agreement to the Teamsters National 401(k) Savings Program in lieu of making such contributions on behalf of himself/herself to those Trust Funds. If the Owner/Driver elects to participate in the 401(k) plan as permitted by this Section 4, the Union shall have the same rights with respect to delinquent 401(k) contributions as the Union possesses under the Area Wide Agreement with respect to delinquent contributions under Article 10 and Article 11; and the Owner/Driver shall not be permitted to participate in the Health and Welfare Fund established by Article 10 of the Area Wide Agreement except under the following condition and such other terms and conditions as may be required by the Trustees of the Fund:

(a)   between April 1 and April 30, the Owner/Driver notifies the Union and the Health and Welfare Fund of his/her election to participate in and contribute to that Fund;

(b)   the Owner/Driver pays the entire contribution due to the Health and Welfare Fund for the month of May; and

(c)   the Owner/Driver continues contributions to the Health and Welfare Fund in accordance with the Area Wide Agreement.

In the event the Owner/Driver elects to participate in the Health and Welfare Fund Pursuant to this Section 4, the Owner/Driver shall nevertheless continue to contribute to the Teamsters National 401(k) Savings Plan an amount equal to the contribution required by Article 11 – Pension of the Area Wide Agreement.

**Section 5.**   The Owner/Driver agrees that if the Employer utilizes an Employee (someone other than the Owner/Driver) to drive the truck, that the Area Wide Agreement shall apply to that Employee and the Employer shall contribute to the Health and Welfare and pension Funds on behalf of such Employee(s) in accordance with the Area Wide Agreement.

**Section 6.**   The Owner/Driver shall maintain his/her membership in the Union.

**Section 7.**   The Owner/Driver shall maintain proper books and records and make such records available for inspection by the Union to determine whether the Owner/Driver is complying with the provisions of this Memorandum of Agreement.

**Section 8.**   This Memorandum of Agreement shall become effective on June 1, 2006 and shall remain in full force and effect until and including May 31, 2009. The Employer or the Union shall give written notice to the other of a desire to modify, amend and terminate this Agreement at least sixty (60) days prior to expiration of said Agreement.

**Section 9.**   The parties agree that this Memorandum of Understanding is the complete written agreement between the parties and can only be amended in writing by the parties. No other oral representations shall be binding on either party nor shall any party rely upon such oral statements that vary the terms of the written contract.

**Section 10.**   The Employer acknowledges and accepts the facsimile signatures on this contract as if they were the original signatures. The Employer further acknowledges receipt of a copy of the Area Wide Agreement.

## PROOF OF INCORPORATION
## MUST BE PROVIDED WITH EXECUTED AGREEMENT

IN WITNESS WHEREOF, and in consideration of the mutual promises of the parties, And other good and valuable consideration, this Memorandum of Agreement is Entered into this _____ day of _____, 2_____.

FOR THE EMPLOYER

Corporation Name: _____

Address: _____

City, State, Zip: _____

Telephone: _____

Fax: _____

_____
Signature and Title  (Print)

_____
Signature (Sign)

FOR THE UNION

Teamsters Local 330
2400 Big Timber Rd., Bldg. B, Suite 201
Elgin, IL  60123
(847) 695-1516
(847)-695-1579

_____
Dominic Romanazzi,
President & Principal Officer

PROOF OF INCORPORATION PROVIDED:     ( ) YES          ( ) NO

If signed before: WHEN and under what TRADE name:

_____

_____

37

# **WITHDRAWAL CARD**

If you leave your present employment for whatever reason, be sure to report to the Union office to obtain a WITHDRAWAL CARD. Your dues must be paid through the month in which the withdrawal card is taken.

There is no cost for the WITHDRAWAL CARD.

You are obligated to pay dues to Local 330 until you obtain a WITHDRAWAL CARD. Most employers do not deduct dues from employee's paychecks covering periods of leave, including but not limited to, sick leave, vacation periods and periods covered by Workman's Compensation. Remember, it is your responsibility to be certain that you are current in your dues.

Any members three (3) months in arrears in dues shall automatically stand suspended at the end of the third (3rd) month.