# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# SUMMONS IN A CIVIL CASE

**08 C 1074**

TRUSTEES OF THE SUBURBAN
TEAMSTERS OF NORTHERN ILLINOIS
PENSION FUND,

Docket Number: _____

Assigned Judge: _____

v.

Designated Magistrate Judge: JUDGE MAROVICH
MAGISTRATE JUDGE DENLOW

ATM ENTERPRISES, LTD., an Illinois
corporation

TO: (Name and address of defendant)

ATM Enterprises, Ltd.
an Illinois corporation
c/o Its President and Registered Agent
Theodore F. Memmoli, Jr.
~~808 S. Riverside Avenue~~ 100 S. MAIN ST SUITE #102
~~South Elgin, Illinois 60177~~ ELBURN, IL 60119

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk        —        Date

**Michael W. Dobbins, Clerk**

*Anya Ellis*
(By) DEPUTY CLERK

**February 21, 2008**
Date

AO 440 (Rev 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | MARCH 24 2008 AT 4:15 P.M. |
| NAME OF SERVER (PRINT) SCOTT POCIUS | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: ATM ENTERPRISES, LTD. C/O ITS PRESIDENT + REGISTERED AGENT - THEODORE F. MEMMOLI, JR. AT THE BUSINESS OFFICE - 100 S. MAIN ST, SUITE #102, ELBURN, IL 60119. HE CAN BE DESCRIBED AS A M/W, 49 YEARS OF AGE, BLONDE HAIR, GLASSES, TATTOES

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/24/08

Signature of Server: Scott Pocius

Address of Server:
THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.