## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) ) | 08 C 1074 |
| Plaintiffs, | ) ) | Judge Marovich |
| v. | ) ) | |
| A.T.M. ENTERPRISES, LTD., an Illinois Corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF FILING

To:  John J. Toomey
     ARNOLD AND KADJAN
     19 West Jackson Boulevard
     Chicago, IL 60604

    PLEASE TAKE NOTICE that on the 14th day of April, 2008, I filed electronically with the Clerk of the Court For The Northern District of Illinois **Defendant, A.T.M. Enterprises, Ltd.'s, Answer to Complaint and Counterclaim**, a copy of which is served electronically upon you.

                                                       /s/   Joseph P. Berglund

## **CERTIFICATE OF SERVICE**

      I, the undersigned, declare under penalty of perjury under the laws of the United States of America that I served copies of this ***Notice of Filing*** and ***Answer to Complaint and Counterclaim*** upon the above-mentioned individual(s) pursuant to ECF as to filing users on this 14th day of April, 2008.

                                                                                                 /s/ Joseph P. Berglund

Joseph P. Berglund
BERGLUND & MASTNY, P.C.
900 Jorie Boulevard, Suite 122
Oak Brook, Illinois 60523-2229
(630) 990-0234
J:\C-Drive\WPDOCS\ATM ENTERPRISES LTD\NOF Answer to Complaint.wpd