IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>          Plaintiffs,<br><br>   v.<br><br>A.T.M. ENTERPRISES, LTD., an Illinois Corporation,<br><br>          Defendant. | 08 C 1074<br><br>Judge Marovich |

## NOTICE OF FILING

To:   John J. Toomey
        ARNOLD AND KADJAN
        19 West Jackson Boulevard
        Chicago, IL 60604

     PLEASE TAKE NOTICE that on the 14th day of April, 2008, I filed electronically with the Clerk of the Court For The Northern District of Illinois ***Defendant's, A.T.M. Enterprises, Ltd.'s, Third Party Complaint,*** a copy of which is served electronically upon you.


                                                 /s/   Joseph P. Berglund

Joseph P. Berglund
BERGLUND & MASTNY, P.C.
900 Jorie Boulevard, Suite 122
Oak Brook, Illinois 60523-2229
(630) 990-0234

## CERTIFICATE OF SERVICE

      I, the undersigned, declare under penalty of perjury under the laws of the United States of America that I served copies of this ***Notice of Filing*** and ***Answer to Complaint and Counterclaim*** upon the above-mentioned individual(s) pursuant to ECF as to filing users on this 14th day of April, 2008.

                                                                                             /s/ Joseph P. Berglund

Joseph P. Berglund
BERGLUND & MASTNY, P.C.
900 Jorie Boulevard, Suite 122
Oak Brook, Illinois 60523-2229
(630) 990-0234
J:\C-Drive\WPDOCS\ATM ENTERPRISES LTD\NOF TPComplaint.wpd