IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| A.T.M. ENTERPRISES, LTD., | ) | |
| an Illinois Corporation, | ) | |
| | ) | |
| Third Party Plaintiff, | ) | No. 08 C 1074 |
| | ) | |
| v. | ) | Judge George M. Marovich |
| | ) | |
| GENERAL TEAMSTERS, | ) | Magistrate Judge Morton Denlow |
| CHAUFFEURS, SALES DRIVERS | ) | |
| AND HELPERS LOCAL 330, | ) | |
| affiliated with the INTERNATIONAL | ) | |
| BROTHERHOOD OF TEAMSTERS | ) | |
| | ) | |
| Third Party Defendant. | ) | |

## ATTORNEY APPEARANCE FORM

F:\IBT 330\ATM Enterprises 08-1074\04.17.08 Filing\RSC Appearance.wpd

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number:  08 C 1074 |

A.T.M. ENTERPRISES, LTD., an Illinois Corporation,

                Third Party Plaintiff,

v.

GENERAL TEAMSTERS, CHAUFFEURS, SALESDRIVERS AND HELPERS LOCAL 330, affiliated with the INTERNATIONAL BROTHERHOOD OF TEAMSTERS,

                Third Party Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GENERAL TEAMSTERS, CHAUFFEURS, SALES DRIVERS AND HELPERS LOCAL 330, affiliated with the INTERNATIONAL BROTHERHOOD OF TEAMSTERS,

| | |
|---|---|
| SIGNATURE | //s//Robert S. Cervone |
| FIRM | Dowd, Bloch & Bennett |
| STREET ADDRESS | 8 S. Michigan Avenue, 19th Floor |
| CITY/STATE/ZIP | Chicago, IL  60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  0627 3790 | TELEPHONE NUMBER  (312) 372-1361 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒      NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒      NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |