AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

PLAINTIFF

TRUSTEES OF THE SUBURBAN
TEAMSTERS OF NORTHERN ILLINOIS
WELFARE and PENSION FUNDS,

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

A.T.M. ENTERPRISES, INC.

CASE NUMBER: 08 C 1074

ASSIGNED JUDGE: Judge Marovich

V. THIRD PARTY DEFENDANT

GENERAL TEAMSTERS, CHAUFFEURS,
SALESDRIVERS AND HELPERS LOCAL
330, AFFILIATED WITH THE
INTERNATIONAL BROTHERHOOD OF

DESIGNATED MAGISTRATE JUDGE: JURY TRIAL DEMANDED

To: Name and address of Third Party Defendant

Teamsters Local Union No. 330
2400 Big Timber Road, Building B, Suite 201
Elgin, Illinois   6014

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

John J. Toomey
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL   60604

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Joseph P. Berglund
Kenneth M. Mastny
Berglund & Mastny, P.C.
900 Jorie Blvd., Suite 122
Oak Brook, IL 60523

an answer to the third-party complaint which is herewith served upon you within ___20___ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

APR 1 5 2008

(By) DEPUTY CLERK

DATE

AO 441 (Rev. 09/00) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | April 18, 2008 |
| NAME OF SERVER *(PRINT)*  David R. Dahl | TITLE  Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate: Left copies with Kathy Dube as agent of Teamsters Local Union No. 330 at 2408 Big Timber Rd. Building B, Suite 201, Elgin, IL 60120

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

Executed on  April 18, 2008    *(signature)* David Dahl
             Date                Signature of Server
                                 7 S. Lincoln ST., Suite 201
                                 Hinsdale, IL 60521

*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.