IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiffs/CounterDefendant | ) ) | No. 08 C 1074 |
| v. | ) ) | Judge Marovich |
| ATM ENTERPRISES, LTD., an Illinois corporation, | ) ) ) ) | Magistrate Judge Denlow |
| Defendant/CounterPlaintiff | ) ) | |
| ATM ENTERPRISES, INC., a corporation | ) ) | |
| Third Party Plaintiff, | ) ) | |
| v. | ) ) | |
| GENERAL TEAMSTERS, CHAUFFEURS, SALESDRIVERS AND HELPERS LOCAL 330, AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, | ) ) ) ) ) | |
| Third Party Defendant. | ) | |

NOTICE OF MOTION

To:  Joseph P. Berglund, Esq.
     Berglund & Mastny, P.C.
     900 Jorie Boulevard, Suite 122
     Oak Brook, Illinois 60523

     Robert S. Cervone
     Dowd, Bloch & Bennett
     8 S. Michigan Avenue, 19th Floor
     Chicago, Illinois 60603

    PLEASE TAKE NOTICE that on May 6, 2008, at 11:00 a.m., I will appear before the Honorable Judge Marovich in Room 1944-C and then and there present the attached Plaintiff Funds' Motion to Dismiss ATM's Counterclaim and Strike Affirmative Defenses One and Two and Plaintiff Funds' Motion to Strike or Sever for Separate Trial of Third Party Claim, copies of which are attached hereto.

Respectfully submitted,

**s/John J. Toomey**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: April 30, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system.

**s/John J. Toomey**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: April 30, 2008