IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>        Plaintiffs/CounterDefendant<br><br>v.<br><br>ATM ENTERPRISES, LTD., an Illinois corporation,<br><br>        Defendant/CounterPlaintiff<br>_____<br>ATM ENTERPRISES, INC., a corporation<br><br>        Third Party Plaintiff,<br><br>v.<br><br>GENERAL TEAMSTERS, CHAUFFEURS, SALESDRIVERS AND HELPERS LOCAL 330, AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>        Third Party Defendant. | No. 08 C 1074<br><br>Judge Marovich<br><br>Magistrate Judge Denlow |

## JOINT STATUS REPORT

NOW COMES the Plaintiff/CounterDefendant, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN,

The Defendant/CounterPlaintiff and Third Party Plaintiff, ATM Enterprises, Ltd.., through its attorney, Joseph Berglund, Berglund and Mastny; and

1

The Third Party Defendant, General Teamsters, Chauffeurs, Salesdrivers and Helpers Local 330, Affiliated with the International Brotherhood of Teamsters, through its attorney, Robert Cervone, Dowd, Bloch and Bennett and file their Joint Status Report pursuant to this Court's Order of April 18, 2008.

A.    **Status** is set for May 6, 2008 at 11:00 a.m.

B.    **The attorneys of record for each party, indicating which attorney is expected to try the case.**

   1.    Trustees of the Suburban Teamsters
         of Northern Illinois Welfare and
         Pension Funds (hereafter "Funds")
         John J. Toomey
         Arnold and Kadjan
         19 W. Jackson Boulevard
         Suite 300
         Chicago, Illinois  60604
         Telephone:  (312) 236-0415

   2.    Defendant/CounterPlaintiff/Third Party Plaintiff
         ATM Enterprises, Inc. (hereafter "ATM")
         Joseph Berglund
         Berglund & Mastny
         900 Jorie Boulevard,   Suite 122
         OakBrook, Illinois  60523
         Telephone:  (630) 990-0234

   3.    Third Party Defendant
         General Teamsters, Chauffeurs, Salesdrivers
         and Helpers Local 330 (hereafter "Local 330")
         Robert S. Cervone
         Dowd, Bloch & Bennett
         8 S. Michigan Avenue, 19th Floor
         Chicago, Illinois  60603
         Telephone:  (312) 372-1361

C. **The Basis of Federal Jurisdiction.**

Federal question jurisdiction is asserted in the ERISA collection action pursuant to 29 U.S.C. 1132 and 1145. 29 U.S.C. 185 forms the basis for ATM's Counterclaim against the Trustees and its Third Party Action against Teamsters 330 and also seeks a declaratory judgment in the Counterclaim under 28 U.S.C. 2201.

D. **Whether a jury has been requested and by which party.**

Defendant ATM has requested a jury in the collection action.

E. **Statement of Case**

1. Funds seek collection of delinquent fringe benefit contributions pursuant to ATM's written collective bargaining agreement with Teamsters 330.

ATM hired subcontractors who did not make required payments to the Funds under the collective bargaining agreement. ATM by contract agreed to act as guarantor for their payments. An audit for the period July, 2005 - December, 2006 was performed for covered work under the contract found $466,268.97 due. A like amount or more would be owing for January 1, 2007 to the present. That audit has not yet been conducted.

2. **Legal Issues In Dispute**

ATM asserts that it has done all that is required under the collective bargaining agreement and that the subcontracting clause contained in the collective bargaining agreement is unenforceable, including the guarantor provisions. Thus, even if the collective bargaining agreement was breached, no damages are owed the Funds. It seeks a declaratory judgment to this effect (Counterclaim). Indemnity from Local 330 for any sums owed the Funds and another declaratory judgment is sought in the Third Party Action.

F. **Relief Sought.**

Plaintiff Funds seek recovery of the $466,268.97 audit for the period July, 2005 through December 31, 2006, plus an audit to date, liquidated damages, penalties and attorneys fees and costs under 29 U.S.C. 1132(g)(2).

ATM poses an affirmative defense and Counterclaim seeking a declaratory judgment that those amounts are not owed.

ATM's third party action against Teamsters 330 seeks indemnity from Teamsters 330 for any amounts found owing the Funds and attorneys fees ATM is required to pay in defense of the Fund action and a declaratory judgment that the monies are not owed..

G. All parties have been served.

H. **Brief Description of Anticipated Motions**

Plaintiff Funds have filed:

1. Motion to Dismiss the Counterclaim and Affirmative Defenses.

2. Rule 14(a) Motion to Sever the Third Party Complaint.

It is anticipated that Teamsters 330 will also move to sever and/or stay the third party action pending the outcome of the Plaintiff Funds case and also moved to dismiss the Third Party action for failure to exhaust contract procedures

Ultimately cross motions for summary judgment by Plaintiff Funds and ATM in the main collection action are anticipated to determine the legal issue of enforceability of the contract provisions.

I. **Proposed Discovery Plan**

If the Plaintiff Funds and Union's Rule 14 Motions to Sever and Union's Motion to Dismiss for separate trials are not granted, the following schedule is proposed:

Pursuant to Rule 26(f) the parties have agreed upon the following schedule:

Initial Rule 26 disclosures shall be made by May 29, 2008.

Discovery will be completed in 150 days from June 1, 2008, i.e. October 30, 2008. Topics included are: an audit from January 1, 2007 to the present; identity of and the basis for inclusion of subcontractors and the nature of work they perform. Defendant may call an expert on the issue of transportation versus construction industry.

Parties anticipate taking approximately five depositions excluding the subcontractors who appear on the audit. Subcontractor depositions, if needed, should be brief.

Parties anticipate the case will be resolved on summary judgment to be filed 60 days after the close of discovery, January 4, 2009.

If not resolved on summary judgment, the case can be ready for trial 60 days thereafter.

J.      **Earliest Parties Be Ready For Trial**

60 days after ruling on summary judgment, if necessary.

K.      **Status of Any Settlement Discussions**

To date there has been no discussion on settlement between the Plaintiff Funds and ATM. The matter is not yet ripe without an audit for the year 2007.

L.      At this time the parties do not consent to a trial before a magistrate judge.


TRUSTEES OF THE SUBURBAN
TEAMSTERS OF NORTHERN ILLINOIS
WELFARE AND PENSION FUNDS
Plaintiffs/CounterDefendant

s/John J. Toomey
Arnold and Kadjan
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Dated: April 30, 2008
(312) 236-0415

GENERAL TEAMSTERS, CHAUFFEURS,
SALESDRIVERS AND HELPERS LOCAL 330,
AFFILIATED WITH THE INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,
Third Party Defendant.

s/Robert S. Cervone
Dowd, Bloch & Bennett
8 S. Michigan Avenue, 19th Floor
Chicago, Illinois 60603
(312) 372-1361

ATM ENTERPRISES, LTD.,
an Illinois corporation
Defendant/CounterPlaintiff

s/Joseph Berglund
Berglund & Mastny
900 Jorie Boulevard, Suite 122
Oakbrook, IL 60523
Telephone No.: (630) 990-0234
Dated: April 30, 2008
(630) 990-0234