IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>        Plaintiffs/CounterDefendant<br><br>v.<br><br>ATM ENTERPRISES, LTD., an Illinois corporation,<br><br>        Defendant/CounterPlaintiff | No. 08 C 1074<br><br>Judge Marovich<br><br>Magistrate Judge Denlow |
| ATM ENTERPRISES, INC., a corporation<br><br>        Third Party Plaintiff,<br><br>v.<br><br>GENERAL TEAMSTERS, CHAUFFEURS, SALESDRIVERS AND HELPERS LOCAL 330, AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>        Third Party Defendant. | |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:    Joseph P. Berglund
        Berglund & Mastny, P.C.
        900 Jorie Blvd., Suite 122
        Oak Brook, IL 60523

        Robert S. Cervone
        Dowd, Bloch & Bennett
        8 S. Michigan Avenue, 19th Floor
        Chicago, Illinois 60603

       PLEASE TAKE NOTICE that on April 30, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

       1.    Joint Status Report.

a copy of which is attached hereto and served upon you.

        TRUSTEES OF THE SUBURBAN TEAMSTERS
        OF NORTHERN ILLINOIS WELFARE AND
        PENSION FUNDS

        s/John J. Toomey
        ARNOLD AND KADJAN
        19 W. Jackson Blvd., Suite 300
        Chicago, IL 60604
        Telephone No.: (312) 236-0415
        Facsimile No.: (312) 341-0438
        Dated: April 30, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on April 30, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system

        s/John J. Toomey
        ARNOLD AND KADJAN
        19 W. Jackson Blvd., Suite 300
        Chicago, IL 60604
        Telephone No.: (312) 236-0415
        Facsimile No.: (312) 341-0438
        Dated: April 30, 2008