**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>A.T.M. ENTERPRISES, LTD., an Illinois Corporation,<br><br>　　　　　Defendant. | 08 C 1074<br><br>Judge Marovich |

## NOTICE OF FILING

To:  John J. Toomey                    Robert Cervone
　　 ARNOLD AND KADJAN                 Law Offices of Dowd, Bloch & Bennett
　　 19 West Jackson Boulevard         8 S. Michigan Ave., 19th Floor
　　 Chicago, IL 60604                 Chicago, IL 60603

　　　　PLEASE TAKE NOTICE that on May 27, 2008, we filed electronically with the Clerk of the Court For The Northern District of Illinois ***Defendant's, A.T.M. Enterprises, Ltd.'s, Amended Third Party Complaint,*** a copy of which is served electronically upon you.

　　　　　　　　　　　　　　　　　　　　　　　　/s/   Joseph P. Berglund

Joseph P. Berglund
BERGLUND & MASTNY, P.C.
900 Jorie Boulevard, Suite 122
Oak Brook, Illinois 60523-2229
(630) 990-0234

## **CERTIFICATE OF SERVICE**

      I, the undersigned, declare under penalty of perjury under the laws of the United States of America that I served copies of this ***Notice of Filing*** and ***Amended Third Party Complaint*** upon the above-mentioned individual(s) pursuant to ECF as to filing users on this 27th day of May, 2008.

                                                                        /s/ Joseph P. Berglund

Joseph P. Berglund
BERGLUND & MASTNY, P.C.
900 Jorie Boulevard, Suite 122
Oak Brook, Illinois 60523-2229
(630) 990-0234
J:\C-Drive\WPDOCS\ATM ENTERPRISES LTD\NOF AmendedTPComplaint.wpd