IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>A.T.M. ENTERPRISES, LTD., an Illinois Corp.,  )<br><br>Defendant.  )<br>_____  )<br><br>A.T.M. ENTERPRISES, INC, an Illinois Corp.,  )<br><br>Third-Party Plaintiff,  )<br><br>v.  )<br><br>TEAMSTERS LOCAL 330,  )<br><br>Third-Party Defendant.  )  | Case No. 08 C 1074<br><br>Judge Marovich |

**THIRD-PARTY DEFENDANT'S COMBINED MOTION
TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**

Third-Party Defendant Teamsters Local Union No. 330 ("Union"), through its attorneys Dowd, Bloch & Bennett, moves this Court to dismiss the third-party complaint pursuant to Fed. R. Civ. P. 12(b)(6) and, additionally, for summary judgment pursuant to Fed. R. Civ. P. 56.

WHEREFORE, for the reasons set forth in the accompanying memorandum and statement of undisputed material facts, the Union respectfully requests that the Court grant its combined motion to dismiss and for summary judgment.

1

                                                Respectfully submitted,

                                                /s/ Robert S. Cervone
                                                Robert S. Cervone

Robert S. Cervone
Robert E. Bloch
Dowd, Bloch & Bennett
8 South Michigan Avenue - 19th Floor
Chicago, IL 60603
(312) 372-1361