# AFFIDAVIT OF DOMINIC ROMANAZZI

COUNTY OF COOK      )
                    ) SS
STATE OF ILLINOIS   )

I, **Dominic Romanazzi**, of full age, being duly sworn on my oath, hereby depose and say as follows:

1. I have personal knowledge of the information contained in this affidavit and, if called upon to do so, could testify to this information.

2. I have been President and Principal Officer of Teamsters, Local 330 ("Union") since January 1, 2004. As President and Principal Officer, I supervise, conduct and control all of the business and affairs of the Union.

3. As President, I am the only Union official with the authority to sign agreements on behalf of the Union.

4. Employers and individual owners and operators of trucking equipment ("owner-operators") may interact with other officers and business agents of the Union. Those entities may negotiate with, request agreements from or propose agreements to other Union agents, but I must review, approve and sign all such agreements on behalf of the Union.

5. Since I took office, every agreement between any employer or owner-operator and the Union, and between the Union and any other entity, has been reviewed, approved and signed by me on behalf of the Union.

1

6. The Union and A.T.M. Enterprises, LTD ("ATM") entered into a collective bargaining agreement, known as the Local 330 Area Wide Material Hauling Agreement ("Agreement") on January 31, 2007, which is effective by its terms from June 1, 2006 through May 31, 2009. The Agreement is attached as **Exhibit A**, incorporated into and made a part of this affidavit.

7. On February 21, 2008, I filed a grievance against ATM alleging that ATM was required to post a surety bond, pursuant to Article 10(j) of the Agreement, to cover wage and benefit contributions for which ATM was the "guarantor" under Article 4 of the Agreement. The February 21 grievance is attached as **Exhibit B**, incorporated into and made a part of this affidavit.

8. On February 26, 2008, I sent a letter to ATM requesting, in part, that ATM respond to the Union's outstanding grievances, which at that time included the February 21 grievance and another grievance dated December 5, 2007, which also alleged violations of Article 4 of the Agreement. I later declared the December 5 grievance null and void. The February 26 letter is attached as **Exhibit C**, incorporated into and made a part of this affidavit.

9. On February 27, 2008, ATM's President Ted Memmoli responded to my February 26 letter stating, in part, that ATM had "taken steps that may have been required of its brokers to sign agreements with Local 330. However, your office failed to sign them to an agreement." Memmoli's February 27 letter is attached as **Exhibit D**, incorporated into and made a part of this affidavit.

10. On March 4, 2008, I filed another grievance alleging that ATM violated Article 4 of the Agreement and requested as part of the remedy that "ATM abide by the current contract

including Article 4." The March 4 grievance is attached as **Exhibit E**, incorporated into and made a part of this affidavit.

11. On March 7, 2008, I sent a letter to ATM which, among other things, clarified that the March 4 grievance was limited to ATM's obligations under Article 4 to assure that subcontractors and owner-operators received "an amount equal to" wages and benefits in the Agreement and to act as a "guarantor" for wage and benefit payments not made by subcontractors and owner-operators. The March 7 letter is attached as **Exhibit F**, incorporated into and made a part of this affidavit.

12. On May 7, 2008, I filed another grievance seeking information relating to ATM's liability under Article 4 of the Agreement for work performed by subcontractors. The May 7 grievance is attached as **Exhibit G**, incorporated into and made a part of this affidavit.

13. I have scheduled the February 21, March 4 and May 7 grievances for a hearing before a Labor/Management Committee pursuant to the grievance and arbitration provision of the Agreement (Exhibit A, Article 7) for June 5, 2008. There is a dispute between the Union and ATM regarding the status of the February 21 and March 4 grievance, but ATM has agreed to proceed with the Committee hearing on June 5 with respect to the May 7 grievance. The Union is continuing to pursue the February 21 and March 4 grievance as well.

14. I have never failed or refused to sign an agreement with any employer, owner-operator or any other person or entity who requested, proposed or otherwise indicated to me that they desired or were willing to sign an agreement that would obligate them to make payments to the trust funds established by Articles 10 and 11 of Agreement in the same amounts and upon the same terms and conditions as employers that are signatory to the Agreement or that would obligate them to make the equivalent contributions to the Teamsters National 1401.

This concludes my affidavit.

I have read the foregoing affidavit and swear that it is true and correct to the best of my knowledge, information, and belief.

*[signature]*

Subscribed and sworn to before me this 27 day of May, 2008

*[signature]*
Notary Public

*[Notary Seal: Tammy L. Townsend, My Commission Expires August 11, 2009, Official Seal, State of Illinois]*

U:\data\TBT\JM\ATM\Combined Motion\romanazzi.affidavit.wpd

4