## <u>CERTIFICATE OF SERVICE</u>

I, Robert S. Cervone, hereby certify that I shall serve a copy of the attached Third-Party Defendant's Combined Motion to Dismiss and Motion for Summary Judgment, Memorandum in Support and Statement of Undisputed Material Facts, with attachments, on parties eligible to receive e-filing and by having copies mailed to the parties not eligible for e-failing on May 27, 2008, depositing them in the U.S. Mail with proper postage prepaid.

Joseph P. Bergland          John J. Toomey
Bergland & Mastny          Arnold & Kadjan
900 Jorie Blvd., Ste. 122    19 West Jackson Blvd.
Oak Brook, IL 60523        Chicago, IL 60604

/s/   Robert S. Cervone
      Robert S. Cervone

F:\IBT 330\ATM Enterprises 08-1074\05.27.08 Filing\cert.wpd