IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| A.T.M. ENTERPRISES, LTD., an Illinois Corp., | )<br>) |
| Defendant. | )   Case No. 08 C 1074 |
| _____ | )<br>)   Judge Marovich<br>) |
| A.T.M. ENTERPRISES, INC, an Illinois Corp., | )<br>) |
| Third-Party Plaintiff, | )<br>) |
| v. | )<br>) |
| TEAMSTERS LOCAL 330, | )<br>) |
| Third-Party Defendant. | ) |

## NOTICE OF FILING

To:  Joseph P. Bergland          John J. Toomey
     Bergland & Mastny           Arnold & Kadjan
     900 Jorie Blvd., Ste. 122   19 West Jackson Blvd.
     Oak Brook, IL 60523         Chicago, IL 60604

   PLEASE TAKE NOTICE that on May 27, 2008, I filed with the Honorable Judge Marovich at the United States District Courthouse, 219 South Dearborn Street, Chicago, IL 60604, the Third-Party Defendant's Combined Motion to Dismiss and Motion for Summary Judgment, a copy of which is attached and served upon you.

                                        /s/ Robert S. Cervone
                                        By Robert S. Cervone

Robert E. Bloch
Robert S. Cervone
Dowd, Bloch & Bennett
8 South Michigan Avene - 19th Floor
Chicago, IL 60603
(312) 372-1361