IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>          Plaintiffs,<br><br>     v.<br><br>A.T.M. ENTERPRISES, LTD., an Illinois Corporation,<br><br>          Defendant. | 08 C 1074<br><br>Judge Marovich |

## NOTICE OF FILING

To:    John J. Toomey                        Robert S. Cervone
        Arnold and Kadjan                  Robert E. Bloch
        19 West Jackson Boulevard    Dowd, Bloch & Bennett
        Chicago, IL 60604                    8 South Michigan Avenue - 19th Floor
                                                                      Chicago, IL 60603

       PLEASE TAKE NOTICE that on the 20th day of June, 2008, I filed electronically with the Clerk of the Court For The Northern District of Illinois ***Defendant, A.T.M. Enterprises, Ltd.'s, Response to Motion to Strike or Sever for Separate Trial of Third-Party Claim,*** a copy of which is hereby served upon you.

                                                             /s/   Joseph P. Berglund

Joseph P. Berglund
Kenneth M. Mastny
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523
(630) 990-0234

## **CERTIFICATE OF SERVICE**

       I, the undersigned, declare under penalty of perjury under the laws of theUnited States of America that I served copies of this ***Notice of Filing*** and ***Defendant, A.T.M. Enterprises, Ltd.'s, Response to Motion to Strike or Sever for Separate Trial of Third-Party Claim*** upon the above-mentioned individual(s) pursuant to ECF as to filing users on this 20th day of June, 2008.

                                                                                /s/ Joseph P. Berglund

Joseph P. Berglund
Kenneth M. Mastny
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523
(630) 990-0234

J:\C-Drive\WPDOCS\ATM ENTERPRISES LTD\NOF Response to Motion to Sever 6 20 08.wpd