IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>    Plaintiffs,<br><br>  v.<br><br>A.T.M. ENTERPRISES, LTD., an Illinois Corporation,<br><br>    Defendant. | 08 C 1074<br><br>Judge Marovich |

**MOTION TO SET BRIEFING SCHEDULE ON THIRD-PARTY'S COMBINED MOTIONS TO DIMSISS AND FOR SUMMARY JUDGMENT**

  NOW COMES Defendant/Third-Party Plaintiff, A.T.M. ENTERPRISES, INC, ("ATM"), and for its Motion to Set a Briefing Schedule on the Combined Motions To Dismiss and For Summary Judgment filed by Third-Party Defendant, GENERAL TEAMSTERS, CHAUFFEURS, SALESDRIVERS AND HELPERS LOCAL 330, AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS ("Union"), states as follows:

  1. On May 6, 2008, the parties' respective counsel appeared in court for a status hearing and in response to two Motions filed by Plaintiffs to Dismiss Defendant's Counterclaim and Strike Affirmative Defenses and To Strike or Sever For Separate Trial Defendant's Third-Party Claim.  Counsel for the Union indicated that he would be filing a motion to dismiss ATM's third-party claim.  As a result, the Court entered an Order which provided that the Union's Motion To Dismiss be filed by May 27th and for responses to all pending motions to be filed by June 20th.

  2. Rather than file a Motion To Dismiss, the Union filed a Combined Motion to Dismiss under Fed.R.Civ.Pro. 12(b)(6), which contains matters outside the pleadings including an Affidavit of the Union's President, and For Summary Judgment.  However, the undersigned could not adequately respond to the Union's Combined Motion within three weeks since the undersigned was moving his law office and it was never contemplated that the Union would be

filing a Combined Motion which contains matters outside the pleadings that require additional time to respond and also obtain some discovery to so respond.

3. The undersigned believed that the Union would be filing a Motion To Dismiss as it represented as opposed to the Combined Motion which now requires the undersigned to obtain affidavits and engage in some discovery to refute the Union's allegations. Also, on June 12, 2008, the undersigned's law firm began moving its office to 1010 Jorie Blvd, Suite 370, Oak Brook, IL 60523. The move was completed on June 14, 2008. However, the telephone lines, fax line, and internet access were not transferred until late in the day on June 17, 2008 due to problems encountered by the telephone company. As a result, the move disrupted the undersigned in meeting several deadlines including the deadline of June 20, 2008 that was set for Appellant to file its Reply Brief in this case captioned <u>Board of Managers of the Gallery Gateway Centre Homeoners' Association v. Christopher Rippel</u>, No. 02- 07-1197 and has been extended to July 11, 2008.

4. The undersigned is and has also been working on an appellate brief that is currently due in the Seventh Circuit by June 30, 2008 in the case captioned <u>Chao v. Current Development Corp</u>., Nos. 08-2254 and 08-1228 which is a complicated appeal and involves numerous issues. The undersigned is also working on a Response to a Motion For Summary Judgment that is due in the United States District Court For the Northern District of Illinois on July 8, 2008 in the case captioned <u>Painters' District Council No. 30 v. Vinco Painting</u> (No. 08 CV 1163).

5. ATM also needs discovery from the Union which ATM believes will show that the Union signed other owner-operators to agreements that allowed such owner-operators to contribute sums of monies that were less than the sums of monies ATM was required to pay to the Plaintiffs and/or that the Union allowed one or more owner-operators to work without contributing to the Plaintiffs.

WHEREFORE, ATM prays that this Court set a briefing schedule on the Combined Motion To Dismiss and For Summary Judgment filed by Third-Party Defendant Union and award ATM such other relief deemed just and equitable.

By:  /s/ Joseph P. Berglund

Joseph P. Berglund
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523
(630) 990-0234

J:\C-Drive\WPDOCS\ATM ENTERPRISES LTD\Motion toSet.wpd

3