**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, ) ) ) ) | |
| Plaintiffs, ) | 08 C 1074 |
| ) | Judge Marovich |
| v. ) | |
| A.T.M. ENTERPRISES, LTD., an Illinois Corporation, ) ) ) | |
| Defendant. ) ) | |

**NOTICE OF MOTION**

To:    John J. Toomey          Robert Cervone
       Arnold and Kadjan       Law Offices of Dowd, Bloch & Bennett
       19 West Jackson Boulevard   8 S. Michigan Ave., 19th Floor
       Chicago, IL 60604       Chicago, IL 60603

       **PLEASE TAKE NOTICE** that on the 1st day of July, 2008 at 10:30a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marovich in Courtroom 1944C or any other judge as may be holding court in his absence in the courtroom usually occupied by him at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present the attached ***Motion to Set Briefing Schedule on Third-Party Defendant's Combined Motions To Dismiss and for Summary Judgment.***

                               By:  /s/ Joseph P. Berglund

**CERTIFICATE OF SERVICE**

       I, the undersigned, declare under penalty of perjury under the laws of the United States of America that I served copies of this NOTICE OF MOTION and attached MOTION upon the individuals set forth above pursuant to ECF as to filing users on this 24th day of June, 2008.

                               s/ Joseph P. Berglund

Joseph P. Berglund
BERGLUND & MASTNY, P.C.
900 Jorie Boulevard, Suite 122
Oak Brook, Illinois 60523-2229
(630) 990-0234
J:\C-Drive\WPDOCS\ATM ENTERPRISES LTD\nom6.24.08.wpd