## CERTIFICATE OF SERVICE

      I, Robert S. Cervone, hereby certify that I shall serve a copy of the attached Third-Party Defendant's Statement in Opposition to Third-Party Plaintiff's Motion to Set Briefing Schedule on parties eligible to receive e-filing and by having copies mailed to the parties not eligible for e-failing on June 26, 2008, depositing them in the U.S. Mail with proper postage prepaid.

| | |
|---|---|
| Joseph P. Bergland | John J. Toomey |
| Bergland & Mastny | Arnold & Kadjan |
| 900 Jorie Blvd., Ste. 122 | 19 West Jackson Blvd. |
| Oak Brook, IL 60523 | Chicago, IL 60604 |

                                                           /s/   Robert S. Cervone
                                                               Robert S. Cervone