IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>A.T.M. ENTERPRISES, LTD., an Illinois Corp.,<br><br>　　　　　Defendant.<br>_____<br><br>A.T.M. ENTERPRISES, INC, an Illinois Corp.,<br><br>　　　　　Third-Party Plaintiff,<br><br>　v.<br><br>TEAMSTERS LOCAL 330,<br><br>　　　　　Third-Party Defendant. | Case No. 08 C 1074<br><br>Judge Marovich |

### NOTICE OF FILING

To:　Joseph P. Bergland　　　　John J. Toomey
　　　Bergland & Mastny　　　　　Arnold & Kadjan
　　　900 Jorie Blvd., Ste. 122　　19 West Jackson Blvd.
　　　Oak Brook, IL 60523　　　　Chicago, IL 60604

　　　PLEASE TAKE NOTICE that on June 26, 2008, I filed with the Honorable Judge Marovich at the United States District Courthouse, 219 South Dearborn Street, Chicago, IL 60604, the Third-Party Defendant's Statement in Opposition to Third-Party Plaintiff's Motion to Set Briefing Schedule, a copy of which is attached and served upon you.

　　　　　　　　　　　　　　　　　　　　　　/s/ Robert S. Cervone
　　　　　　　　　　　　　　　　　　　　　　By Robert S. Cervone

Robert E. Bloch
Robert S. Cervone
Dowd, Bloch & Bennett
8 South Michigan Avene - 19th Floor
Chicago, IL 60603
(312) 372-1361