
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) |
| Plaintiffs/CounterDefendant | ) |
| | ) No. 08 C 1074 |
| v. | ) |
| | ) Judge Marovich |
| | ) |
| ATM ENTERPRISES, LTD., an Illinois corporation, | ) Magistrate Judge Denlow ) ) |
| Defendant/CounterPlaintiff | ) |
| ATM ENTERPRISES, INC., a corporation | ) ) |
| Third Party Plaintiff, | ) |
| v. | ) ) |
| GENERAL TEAMSTERS, CHAUFFEURS, SALESDRIVERS AND HELPERS LOCAL 330, AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, | ) ) ) ) ) |
| Third Party Defendant. | ) |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   Joseph P. Berglund
      Berglund & Mastny, P.C.
      900 Jorie Blvd., Suite 122
      Oak Brook, IL 60523

      Robert S. Cervone
      Dowd, Bloch & Bennett
      8 S. Michigan Avenue, 19th Floor
      Chicago, Illinois 60603

   PLEASE TAKE NOTICE that on July 11 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

   1.   Plaintiffs' Reply in Support of Severance.

   2.   Plaintiffs' Reply to ATM's Response in Support of Dismissal of Counterclaim and Striking Affirmative Defenses One and Two.

   3.   Index to Unpublished Opinions.

copies of which are attached hereto and served upon you.

                         TRUSTEES OF THE SUBURBAN TEAMSTERS
                         OF NORTHERN ILLINOIS WELFARE AND
                         PENSION FUNDS

                         s/John J. Toomey
                         ARNOLD AND KADJAN
                         19 W. Jackson Blvd., Suite 300
                         Chicago, IL 60604
                         Telephone No.: (312) 236-0415
                         Facsimile No.: (312) 341-0438
                         Dated: July 11, 2008

## CERTIFICATE OF SERVICE

     I hereby certify that on July 11, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system

                         s/John J. Toomey
                         ARNOLD AND KADJAN
                         19 W. Jackson Blvd., Suite 300
                         Chicago, IL 60604
                         Telephone No.: (312) 236-0415
                         Facsimile No.: (312) 341-0438
                         Dated: July 11, 2008