IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>                Plaintiffs,<br><br>v.<br><br>A.T.M. ENTERPRISES, LTD., an Illinois Corporation,<br><br>                Defendant. | 08 C 1074<br><br>Judge Marovich |

**MOTION TO STAY PROCEEDINGS**

    NOW COMES Defendant/Third-Party Plaintiff, A.T.M. ENTERPRISES, INC, ("ATM"), and moves this Honorable Court to Stay All Proceedings and set this case for Status for a report on the parties' Settlement Agreement, states as follows:

1. All parties in this action have reached an agreement, whereby this cause will be dismissed with prejudice and each party to bear its own attorney's fees and costs after Defendant and Plaintiffs resolve Defendant's objections to a pending audit that has been reduced from $466,268.00 to $8.832.00. Defendant has also requested the Funds to update the audit through June 30, 2008, since the current audit is only through December 31, 2006.

2. There are three motions currently pending, namely Plaintiff's Motions to Strike Defendant's Affirmative Defenses (Doc. 17) and to Strike or Sever for Separate Trial (Doc. 18) and Third-Party Defendant's Motion to Dismiss/for Summary Judgment (Doc. 25).

3. Plaintiff's Motions are fully briefed and a Response is currently due on August 15th to Third-Party Defendant's Motion to Dismiss. However, the Motions are moot in light of the parties' Settlement Agreement.

4. Counsel for Third-Party Defendants, Robert Cervone, indicated that he does not

oppose this Motion.

WHEREFORE, Defendant moves this Honorable Court to:

A.  Stay All Proceedings;

B.  Set this case for Status on or about September 15, 2008.


By:   /s/ Joseph P. Berglund

Joseph P. Berglund
Kenneth M. Mastny
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
(630) 990-0234

J:\C-Drive\WPDOCS\ATM ENTERPRISES LTD\Motion to Stay Proceedings 7 26 08.wpd