IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>A.T.M. ENTERPRISES, LTD., an Illinois Corporation,<br><br>Defendant. | 08 C 1074<br><br>Judge Marovich |

### NOTICE OF MOTION

To:  John J. Toomey          Robert Cervone
     Arnold and Kadjan       Law Offices of Dowd, Bloch & Bennett
     19 West Jackson Boulevard   8 S. Michigan Ave., 19th Floor
     Chicago, IL 60604       Chicago, IL 60603

**PLEASE TAKE NOTICE** that on the 5th day of August, 2008 at 11:00 am or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marovich in Courtroom1944C or any other judge as may be holding court in his absence in the courtroom usually occupied by him at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present the attached *Motion to Stay Proceedings.*

By:  /s/ Joseph P. Berglund

### CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury under the laws of the United States of America that I served copies of this *Notice of Motion* and attached *Motion to Stay Proceedings* upon the individuals set forth above pursuant to ECF as to filing users on this 30th day of July, 2008.

s/ Joseph P. Berglund

Joseph P. Berglund
Kenneth M. Mastny
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
(630) 990-0234

J:\C-Drive\WPDOCS\ATM ENTERPRISES LTD\NOM Motion to Stay Proceedings 7 26 08.wpd