UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Pension Fund and Welfare Funds

Plaintiff,

v.

Case No.: 1:08−cv−01074

Honorable George M. Marovich

ATM Enterprises, Ltd.

Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

MINUTE entry before the Honorable George M. Marovich:Motion hearing set for 8/5/2008 is stricken. Defendant/third−party plaintiff's motion to stay [39] is denied. Briefing schedule on third−party defendant's combined motion to dismiss and motion for summary judgment [25] is modified as follows: response extended to 9/30/2008; reply extended to 10/7/2008. Status hearing set for 9/16/2008 at 11:00 a.m. for report on settlement.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.