IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>A.T.M. ENTERPRISES, LTD., an Illinois Corporation,<br><br>Defendant. | 08 C 1074<br><br>Judge Marovich |

### AMENDED NOTICE OF MOTION

To:   John J. Toomey                         Robert Cervone
      Arnold and Kadjan                      Law Offices of Dowd, Bloch & Bennett
      19 West Jackson Boulevard              8 S. Michigan Ave., 19th Floor
      Chicago, IL 60604                      Chicago, IL 60603

**PLEASE TAKE NOTICE** that on the **5th** day of **August, 2008** at **10:30** am or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marovich in Courtroom 1944C or any other judge as may be holding court in his absence in the courtroom usually occupied by him at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present the attached *Amended Unopposed Motion to Stay Proceedings.*

By:   /s/ Joseph P. Berglund

### CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury under the laws of the United States of America that I served copies of this *Amended Notice of Motion* and attached *Amended Unopposed Motion to Stay Proceedings* upon the individuals set forth above pursuant to ECF as to filing users on this 31th day of July, 2008.

s/ Joseph P. Berglund

Joseph P. Berglund
Kenneth M. Mastny
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
(630) 990-0234

J:\C-Drive\WPDOCS\ATM ENTERPRISES LTD\Amended-NOM Motion to Stay Proceedings 7 31 08.wpd