# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, <br><br> Plaintiff, <br><br> v. <br><br> ATM ENTERPRISES, LTD. an Illinois corporation, THEODORE F. MEMMOLI, JR., Individually, <br><br> Defendants. | No. 08 C 1074 <br><br> Judge Marovich <br><br> Magistrate Judge Denlow |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on February 8, 2008 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. An Amended Complaint was filed on March 29, 2010 adding an additional party, Theodore F. Memmoli, Jr., Individually.

3. Service upon THEODORE F. MEMMOLI, JR., Individually was made on the Defendant on April 6, 2010, and a copy of the proof of service was filed with the court on April 8, 2010.

4. On June 19, 2009, THEODORE F. MEMMOLI, JR., Individually and as President of ATM Enterprises, Ltd.. entered into an installment note for $16,250.72 (Exhibit A). Six installment note payments have made through January 15, 2010. There remains a balance due of $8,145.36 (Exhibit B).

5. The Defendants are now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

$8,145.36 installment note
$925.00 Attorneys fees
$544.00 Court costs
$9,614.36

WHEREFORE, Plaintiffs pray for the entry of judgment against Defendants, ATM ENTERPRISES, LTD., an Illinois corporation and THEODORE F. MEMMOLI, JR., Individually, jointly and severally and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $9,614.36.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

**s/John J. Toomey**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: May 4, 2010

# EXHIBIT A

## INSTALLMENT NOTE

$16,290.72 principal and interest                June 19, 2009

For Value Received, the undersigned promises to pay to the order of **SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS BENEFIT FUNDS**, the principal sum of **Fifteen Thousand Five Hundred Sixty Four Dollars and 60/100 ($15,564.60)** Dollars. The remaining unpaid principal shall bear interest at the rate of 7.5% per annum over the life of the note.

Employer shall pay on the **15th** day of **August, 2009**, the sum of **One Thousand Three Hundred Fifty Seven Dollars and 56/100 ($1,357.56)**; on the **15th** day of each month thereafter for ten consecutive months the sum of **One Thousand Three Hundred Fifty Seven Dollars and 56/100 ($1,357.56)** Dollars, and a final payment of **One Thousand Three Hundred Fifty Seven Dollars and 56/100 ($1,357.56)** Dollars on the __15th__ day of __July, 2010__.

All payments on account of the indebtedness represented by this Note shall be applied first to accrued and unpaid interest and the remainder to principal. Any installments of principal not paid when due shall bear interest after maturity at the rate of __16__ per cent per annum. Payments of both principal and interest shall be made at **ARNOLD AND KADJAN, 19 WEST JACKSON BOULEVARD, CHICAGO, IL 60604-3958** or such other place as the legal holder hereof may from time to time in writing appoint.

**EMPLOYER SHALL REMAIN CURRENT IN ITS PRESENT FUND CONTRIBUTIONS COMING DUE DURING THE TERM OF THIS NOTE.** Failure to make timely monthly contribution payments and reports shall be considered a default and a basis for acceleration of the debt causing the remaining unpaid Note balance to become immediately due and payable in addition to such sums owed on the current delinquencies.

The undersigned hereby authorizes, irrevocably, any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to be unpaid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

If this Note is signed by more than one person or entity, the obligations and authorizations hereunder shall be joint and several.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.

For contributions due for the period July, 2005 through June 30, 2008

ATM ENTERPRISES, LTD., an Illinois corporation

By: _____
Theodore F. Memmoli, President

THEODORE F. MEMMOLI, Individually Jr.

By: _____
Theodore F. Memmoli, Individually Jr.

The maker of this Note acknowledges the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act, 29 U.S.C. 1145 and is given in settlement of Case No. 08 C 1074 in the Federal District Court for the Northern District of Illinois.

# EXHIBIT B

ATM	6010-0377	Suburban Teamsters

JJT

$16,290.72 $16,290.72

| DUE DATE | AMT. DUE | DATE REC. | AMT REC'D | CHECK # | BALANCE |
|---|---|---|---|---|---|
| 08/15/09 | $1,357.56 | 8/14/2009 | $1,357.56 | 85029 | $14,933.16 |
| 09/15/09 | $1,357.56 | 9/15/2009 | $1,357.56 | 85205 | $13,575.60 |
| 10/15/09 | $1,357.56 | 10/15/2009 | $1,357.56 | 85359 | $12,218.04 |
| 11/15/09 | $1,357.56 | 11/17/2009 | $1,357.56 | 85442 | $10,860.48 |
| 12/15/09 | $1,357.56 | 12/22/2009 | $1,357.56 | 85566 | $9,502.92 |
| 01/15/10 | $1,357.56 | 2/11/2010 | $1,357.56 | 14124 | $8,145.36 |
| 02/15/10 | $1,357.56 | | | | $6,787.80 |
| 03/15/10 | $1,357.56 | | | | $5,430.24 |
| 04/15/10 | $1,357.56 | | | | $4,072.68 |
| 05/15/10 | $1,357.56 | | | | $2,715.12 |
| 06/15/10 | $1,357.56 | | | | $1,357.56 |
| 07/15/10 | $1,357.56 | | | | $0.00 |